# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Evergreen Energy Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):**Beaumont Financial, Ltd.; K-Fuel, Inc.; KFx Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**84-1079971** | Last four digits of Social Security or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State):<br>**1225 17th Street, Suite 1300**<br>**Denver, CO**      80202 | Street Address of Joint Debtor (No. & Street, City, State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: **Denver** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check **one** box)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below)

### Nature of Business
(Check **one** box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check **one** box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

--------------------------------------------------

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over-100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 Million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Evergreen Energy Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **See Exhibit 1** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

B1 Official Form 1 (12/11)                                      Page 3

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Evergreen Energy Inc. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X_____<br>Signature of Debtor<br>X_____<br>Signature of Joint Debtor<br>Telephone Number (if not represented by attorney)<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1515, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>Date |
| Signature of Attorney*<br>X  /s/ Mark D. Collins<br>Signature of Attorney for Debtor(s)<br>Mark D. Collins, Esq. (No. 2981)<br>Printed Name of Attorney for Debtor(s)<br>Richards, Layton & Finger, P.A.<br>Firm Name<br>One Rodney Square, 920 N. King Street<br>Address<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>Telephone Number<br>January 23, 2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | Signature of Non-Attorney Bankruptcy Petition Preparer<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| Signature of Debtor (Corporation/Partnership)<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  /s/ Diana Kubik<br>Signature of Authorized Individual<br>Diana Kubik<br>Printed Name of Authorized Individual<br>Executive Vice President and Chief Financial Officer<br>Title of Authorized Individual<br>January 23, 2012<br>Date | _____<br>Address<br><br>X_____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*<br>*11 U.S.C. § 110; 18 U.S.C. § 156.* |

# Exhibit 1

## Pending Bankruptcy Cases Filed by the Debtor and Its Affiliates Each Concurrently Filed in the United States Bankruptcy Court for the District of Delaware

On the date hereof, the affiliated entities listed below (including the debtor in this chapter 7 case) filed voluntary petitions under chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

1. Evergreen Energy Inc.
2. KFx Technology, LLC
3. Evergreen Operations, LLC
4. Landrica Development Company
5. Bimco, Inc.
6. Evergreen Energy International, LLC
7. Evergreen Energy Asia Pacific Corp.
8. C-Lock Technology, Inc.
9. KFx Plant, LLC
10. KFx Operations, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Evergreen Energy Inc., | Case No. 12-_____ (____) |
| Debtor. | |
| Tax I.D. 84-1079971 | |

## EXHIBIT "A" TO VOLUNTARY PETITION

If any of debtor's securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 001-14176.

The following financial data is the latest available information and refers to the debtor's condition on January 17, 2012.

Total assets                                    $239,997,123.17[1]

Total debts (including debts listed in 2.c., below)    $25,046,014.02

                                                                    Approximate
                                                                    number of
                                                                    holders:

Debt securities held by more than 500 holders. - None

    secured ☐   unsecured ☐   subordinated ☐   $_____   _____
    secured ☐   unsecured ☐   subordinated ☐   $_____   _____
    secured ☐   unsecured ☐   subordinated ☐   $_____   _____
    secured ☐   unsecured ☐   subordinated ☐   $_____   _____
    secured ☐   unsecured ☐   subordinated ☐   $_____   _____

Number of shares of preferred stock            1.61               2

Number of shares of common stock              33,181,953          218 registered and
                                                                  approx. 123 DTC
                                                                  participants at April 2011

Comments, if any:_____

---

[1] IMPORTANT: This value represents the book value of the debtor's assets as of January 17, 2012, and does not necessary represent the fair market value of such assets.

RLF1 5761940v. 1

Brief description of debtor's business:

Evergreen Energy Inc. was founded in 1984 as a cleaner coal technology, energy production and environmental solutions company primarily focused on developing and marketing K-Fuel. Currently, Evergreen Energy is comprised of two discrete clean energy business units that own two proprietary technologies: K-Fuel and the GreenCert suite of software and services. K-Fuel, a patented clean coal technology, significantly improves the performance of low-rank sub-bituminous and brown coals and lignite yielding higher efficiency by applying heat and pressure to low-rank coals to reduce moisture. The GreenCert software suite provides power generators with operational intelligence analytics that identify fuel and operational efficiency opportunities, and address new regulatory pressures regarding environmental emissions.

List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:[1]

Ranjan Tandon, Managing Member of Libra Advisors, LLC
Libra Advisors, LLC
Libra Fund, L.P.
Libra Offshore Master Fund L.P.
Libra Fund II (Luxembourg) S.a r.l.

Stanhill Capital Partners Limited, formerly Crosby Capital Partners (BVI) Limited
Ilyas Khan
ECK & Partners Holdings Limited
Stanhill Special Situations Fund, formerly Crosby Special Situations Fund
Crosby (Hong Kong) Limited

Hudson Bay Capital Management, L.P.
Hudson Bay Master Fund Ltd.

---

[1] Each of the three affiliated groups of entities/individuals below collectively directly or indirectly own, control or hold, with the power to vote, 5% or more of the voting securities of the debtor.

RLF1 5761940v. 1

## CERTIFICATION OF RESOLUTIONS

### EVERGREEN ENERGY INC

Unanimous Written Consent in Lieu of Meeting of
Board of Directors of Evergreen Energy Inc.

January 17, 2012

Pursuant to Article III Section 7 of the Fourth Amended and Restated Bylaws of Evergreen Energy Inc., adopted September 4, 2008, and Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned, being all of the directors of Evergreen Energy Inc., a Delaware corporation (the "Corporation "), do hereby (i) waive notice and the holding of a formal meeting of the Board of Directors of the Corporation (the "Board of Directors"), (ii) consent to the adoption of the following resolutions; (iii) make the declarations set forth in such resolutions and (iv) direct that this unanimous written consent be filed with the minutes of the proceedings of the Board of Directors:

IT IS RESOLVED that in the judgment of the Board of Directors of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of the chapter 7 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware; and

IT IS FURTHER RESOLVED that the Board of Directors hereby appoints the following individuals, who are current Officers of the Corporation, to act as Officers of the Corporation in the following capacities, effective as of the date hereto:

Executive Vice President, Chief Financial Officer and Treasurer: Diana Kubik
Executive Vice President, General Counsel and Secretary: William G. Laughlin

IT IS FURTHER RESOLVED that, the officers of the Corporation (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers be, and they hereby are authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists and other motions, papers or documents, and to take any and all actions that they deem necessary or proper to obtain such relief; and

IT IS FURTHER RESOLVED that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the officers of the Corporation or their designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Corporation, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's or officers' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein, the authorization therefor to be conclusively evidenced by the taking of such action or the execution and delivery of such agreements, certificates, instruments or documents; and

RLF1 5760808v.1

IT IS FURTHER RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been authorized by the foregoing resolutions except that such acts were taken before the resolutions were executed, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the Board of Directors, intending to be legally bound hereby, has duly executed this Unanimous Written Consent on the date set forth above.

BOARD OF DIRECTORS:

*[signature]*

Thomas H. Stoner

_____

Richard Perl

_____

Robert S. Kaplan

_____

Chester N. Winter

IT IS FURTHER RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been authorized by the foregoing resolutions except that such acts were taken before the resolutions were executed, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the Board of Directors, intending to be legally bound hereby, has duly executed this Unanimous Written Consent on the date set forth above.

BOARD OF DIRECTORS:

_____
Thomas H. Stoner

*/s/ [signature]*
_____
Richard Perl

_____
Robert S. Kaplan

_____
Chester N. Winter

---
---

IT IS FURTHER RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been authorized by the foregoing resolutions except that such acts were taken before the resolutions were executed, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the Board of Directors, intending to be legally bound hereby, has duly executed this Unanimous Written Consent on the date set forth above.

BOARD OF DIRECTORS:

_____
Thomas H. Stoner

_____
Richard Perl

_____
Robert S. Kaplan

_____
Chester N. Winter

IT IS FURTHER RESOLVED that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been authorized by the foregoing resolutions except that such acts were taken before the resolutions were executed, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF, the Board of Directors, intending to be legally bound hereby, has duly executed this Unanimous Written Consent on the date set forth above.

BOARD OF DIRECTORS:

_____
Thomas H. Stoner

_____
Richard Perl

_____
Robert S. Kaplan

*/s/ Chester N. Winter*
Chester N. Winter

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| Evergreen Energy Inc., | ) Case No. 12-_____ (____) |
| Debtor. | ) |
| Tax I.D. 84-1079971 | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

The debtor in this case and certain affiliated entities (collectively, the "Debtors"), filed a petitions in this Court on January 23, 2012 for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532. The following is a list of the Debtors' largest unsecured creditors (the "List") on a consolidated basis, based on the Debtors' books and records as of approximately January 23, 2012. The List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 7 cases. The List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101 or (2) secured creditors, unless value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The information presented in the List shall not constitute an admission by, nor is it binding on, the Debtors. The failure of the Debtors to list the claim as contingent, unliquidated or unknown does not constitute a waiver of the Debtors' right to contest the validity, priority, and/or amount of the claim.

RLF1 5761940v. 1

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Bechtel Power Corp.<br>5651 W. Talavi Blvd.<br>Glendale, AZ 85306<br>Ph: 602-368-2358 | | Contractual Commitment | Contingent | $10,000,000.00 |
| Account # CUSIP 30024BA<br>USBank Corporate Trust Services<br>CM-9705<br>P.O. Box 70870<br>St. Paul, MN 55170<br>Ph: 651-495-3918 | | Unsecured Convertible Debt (Principal + interest payable through to 2/1/12) | | $2,940,080.00 |
| Account #605010-t0004391<br>HUB Properties Trust<br>c/o REIT Mgmt & Research<br>P. O. Box 845911<br>Boston, MA 02284-5911<br>Ph: 303-292-4518 | | Building Lease Contract Commitment | Subject to Setoff | $2,415,798.00 |
| Centurion Credit Funding LLC<br>(Platinum Partners)<br>152 West 57th Street, 4th Floor<br>New York, NY 10019<br>Ph: 212-582-2222 | | Unsecured Convertible Debt | | $1,395,000.00 |
| Account #41385<br>Houlihan Lokey Howard & Zukin<br>HKLHZ Capital Inc.<br>1930 Century Park West<br>Los Angeles, CA 90067-6802<br>Ph: 212-497-4100<br>Fx: 212-661-3070 | | Professional Services | Disputed | $359,842.47 |
| Account #1985<br>BLG Cargo Logistics CmbH & Co. KG<br>Senator Borttscheller Strabe<br>Bremen, 28197 Germany<br>Ph: 49-421-398-2228 | | Storage | | $288,531.19 |
| Account #17004881<br>Wyoming Dept of Revenue<br>122 W. 25th St. 2W<br>Cheyenne, WY 82002<br>Ph: 307-777-5542 | | Use Taxes on Purchases during 2004-2008 | Contingent Unliquidated Disputed | $168,000.00 |
| Level 3 Capital Fund LP<br>(Platinum Partners)<br>152 West 57th Street, 4th Floor<br>New York, NY 10019<br>Ph: 212-582-2222 | | Unsecured Convertible Debt | | $155,000.00 |
| Account #10710<br>Moye White LLP<br>1400 16th Street, 6th Floor<br>Denver, CO 80202<br>Ph: 303-292-2900<br>Fx: 303-292-4510 | | Corporate, SEC and Litigation legal counsel | | $136,312.89 |
| Account #DE3124-10011<br>Hein & Associates LLP<br>1999 Broadway<br>Suite 4000<br>Denver, CO 80202<br>Ph: 303-298-9600 | | Professional Services | | $107,245.00 |

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Account #2011-636891<br>CBRE, Inc.<br>c/o Bank of America<br>Lockbox 406588<br>Location Code 2147<br>6000 Feldwood Road<br>College Park, GA 30349-3652<br>Ph: 303-628-1715<br>Fx: 303-628-1751 | | Sub-lease fee | | $97,248.12 |
| Black Hills Business Development Center<br>525 University Loop<br>Rapid City, SD 57701<br>Ph: 605-343-1880 | | Rent/Tenant Liability | Contingent | $78,031.93 |
| Account #11965<br>Cooley LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800 | | Special Committee Legal Advisor | | $76,688.80 |
| Sherman & Howard, L.L.C.<br>633 17th Street, Suite 3000<br>Denver, CO 80202 | | Litigation Counsel | | $68,706.49 |
| Account #2245<br>Harness, Dickey & Pierce<br>5445 Corporate Dr., Suite 200<br>Troy, MI 48098-2683<br>Ph: 248-641-1600 | | Intellectual Property Legal Counsel | | $39,942.76 |
| Account #046-EVER-MTR<br>Kekst and Company Incorporated<br>437 Madison Avenue<br>19th Floor<br>New York, NY 10022<br>Ph: 212-521-4800 | | Investor Relations Advisor | Contingent | $36,652.50 |
| Scott Brothers, Inc.<br>1141 Southern Drive<br>Gillette, WY 82718<br>Ph: 307-686-3749 | | Utilities | | $36,299.52 |
| Dahlman Rose & Co.<br>1301 Avenue of the Americas<br>New York, NY 10019 | | Special Committee Investment Banker and Financial Advisor | | $27,852.09 |
| Account #30-07192<br>Piper Electric Co., Inc.<br>5960 Jay Street<br>Arvada, CO 80003 | | Electrical | | $27,771.00 |
| Merrill Communications<br>CM-9638<br>St. Paul, MN 55170-9638 | | SEC Filings | | $26,082.50 |

RLF1 5761940v. 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Evergreen Energy Inc. | Case No. 12-_____ (____) |
| Debtor. | |
| Tax I.D. 84-1079971 | |

### DECLARATION CONCERNING THE CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS AGAINST THE DEBTORS

I, Diana Kubik, Executive Vice President and Chief Financial Officer of Evergreen Energy Inc., declare under penalty of perjury that I have reviewed the foregoing Consolidated List of Creditors Holding 20 Largest Unsecured Claims Against the Debtors and that the information contained therein is true and correct to the best of my information and belief.

Dated: January 23, 2012

*[signature]*

Name: Diana Kubik
Title: Executive Vice President and Chief Financial Officer

RLF1 5761940v. 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| Evergreen Energy Inc., | ) Case No. 12-_____ (____) |
| Debtor. | ) |
| Tax I.D. 84-1079971 | ) |

EVERGREEN ENERGY INC.'S STATEMENT PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007(a)(1)

For its Statement Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), Evergreen Energy Inc., a Delaware corporation (the "Debtor"), respectfully represents that Libra Advisors, LLC and certain of its affiliates directly own 10.33% of the Debtor's equity interests.

Dated: January 23, 2012

*[signature]*

Name: Diana Kubik
Title:  Executive Vice President and Chief Financial Officer

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) Chapter 7 <br> ) |
| Evergreen Energy Inc., | ) Case No. 12-_____ (____) <br> ) |
| Debtor. | ) <br> ) |
| Tax I.D. 84-1079971 | ) <br> ) |

## LIST OF CREDITORS

    A list of the creditors of Evergreen Energy Inc. the entity named as debtor in this case (the "Debtor"), in accordance with Fed. R. Bankr. P. 1007(a) and Del. Bankr. L.R. 1007-1(a), is filed by attachment hereto.

    The list contains only those creditors whose names and addresses were maintained in the database of the Debtor or were otherwise readily ascertainable by the Debtor prior to the commencement of this case. Certain of the creditors listed may not hold outstanding claims against the Debtor as of the date hereof and, therefore, may not be creditors for purposes of this case. By filing the attached list, the Debtor in no way waives or prejudices its right to object to the extent, validity or enforceability of the claims, if any, held by the parties identified therein.

[information provided in electronic format]

RLF1 5761940v. 1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Evergreen Energy Inc., | Case No. 12-_____ (____) |
| Debtor. | |
| Tax I.D. 84-1079971 | |

## DECLARATION REGARDING CREDITOR LIST

I, Diana Kubik, Executive Vice President and Chief Financial Officer of Evergreen Energy Inc., declare under penalty of perjury that I have reviewed the Creditor List submitted herewith and that it is true and correct to the best of my information and belief.

Dated: January 23, 2012

*/s/ Diana Kubik*
Name: Diana Kubik
Title: Executive Vice President and Chief Financial Officer

RLF1 5761940v. 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 7 |
| **Evergreen Energy Inc.,** | Case No. 12-_____ (____) |
| Debtor. | |
| **Tax I.D. 84-1079971** | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

- Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................................$7,500.00_____

    Prior to the filing of this statement I have received.........................................................$7,500.00_____

    Balance Due...........................................................................................................................$0.00_____

- The source of the compensation paid to me was:

    ☒ Debtor        ☐ Other (specify)

- The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify)

- ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

- In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case including:

    1. Rendering advice to the debtor to aid in the debtor's determination of whether to file a petition in bankruptcy, and if so, whether to file a chapter 11 or chapter 7 petition;

    2. Preparation and filing of any petition, schedules and statements of financial affairs which may be required; and

    3. Representation of the debtor at the meeting of creditors.

RLF1 5761940v. 1

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____1/23/12_____  _____[signature]_____
Date  Signature of Attorney

Richards, Layton & Finger, P.A.
Name of law firm

RLF1 5761940v. 1