## Statement of Limitations, Methodology and Disclaimer
## Regarding the Debtors' Schedules and Statements

On January 23, 2012, Evergreen Energy Inc.; KFx Technology, LLC; Evergreen Operations, LLC; Landrica Development Company; Bimco, Inc.; KFx Plant, LLC; KFx Operations, LLC; Evergreen Energy International, LLC; Evergreen Energy Asia Pacific Corp.; and C-Lock Technology, Inc. (each, a "Debtor," and collectively, the "Debtors") each filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"). Unless otherwise indicated, this Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules and Statements (the "Statement of Limitations") applies to the Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements" and, together with the Schedules, the "Schedules and Statements") filed by each Debtor in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). This Statement of Limitations has been prepared pursuant to section 521 of the Bankruptcy Code, and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") by management of the Debtors with the assistance of its advisors and is unaudited. Although management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors or omissions may exist. Because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the any of the Debtors' chapter 7 cases (the "Chapter 7 Cases"), including, but not limited to, issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. This Statement of Limitations is incorporated by reference in, and comprises an integral part of, each Debtor's Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

Agreements Subject to Confidentiality. There may be instances within the Schedules and Statements where certain information has intentionally been revised and/or redacted due to concerns about the confidential or commercially sensitive nature of certain information or concerns for the privacy of an individual. The revisions will be limited to only what is necessary to protect the Debtors or third party and will provide interested parties with sufficient information to discern the nature of the listing.

Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary and appropriate.

Causes of Action. Despite its reasonable efforts to identify all known assets, the Debtors may not have set forth all of its causes of action or potential causes of action against third parties as assets in its Schedules and Statements, including, but not limited to, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action or avoidance actions they may have and neither this Statement of Limitations nor the Schedules and Statements shall be deemed a waiver of any such claim, causes of action or avoidance action or in any way prejudice or impair the assertion of such claims.

Claims Designations. Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such

RLF1 5700558v. 1

amount is not "disputed," "contingent" or "unliquidated." The Debtors reserve the right to dispute any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated."

Net Book Value of Assets. Unless otherwise indicated, the Debtors' assets and liabilities are shown on the basis of its net book value rather than current market values. As a result, amounts ultimately realized may vary from net book value and such variance may be material. Exceptions to this include cash in financial accounts. Attempts to obtain current market valuations of assets would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets and, as a result, have not been attempted in connection with the preparation of the Schedules and Statements.

Excluded Assets and Liabilities. The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, such as goodwill and deferred gains. Other immaterial assets and liabilities may also have been excluded.

Foreign Currency. Unless otherwise indicated, all amounts are reflected in U.S. dollars. Transactions denominated in foreign currency have been converted to U.S. dollars as of the applicable date of the transaction.

Insiders. The Debtors have included all payments made by the Debtors over the 12 months preceding the Petition Date to any individual deemed an "insider." The term "insider" includes but is not limited to: relatives of the Debtors; general partners of the Debtors or their relatives; corporations in which the Debtors are an officer, director, or person in control; officers, directors, and any owner of five percent or more of the voting equity or securities of a corporate Debtor and their relatives; affiliates of the of the Debtors and insiders of such affiliates; and any managing agent of the Debtors. 11 U.S.C. § 101.

Book Value and Net Book Value. As used throughout, the term Book Value, may in some instances be abbreviated as "BV". In addition, Net Book Value, may in some instances be abbreviated as "NBV".

Unliquidated Values as Zero. Certain unliquidated values are reflected as $0.00.

SOFA 1 – Income from Employment or Operation of Business. All revenue is presented on a cash basis.

SOFA 3c – Wage Payments. All wage payments are listed as gross wages.

SOFA 23. Certain unvested stock grants and stock options are deemed revoked upon the termination of an employee. Therefore, because all employees were terminated prior to or as of the filing of the petitions, SOFA 23 does not reflect these items. The values ascribed to the vested stock grants and stock options contained in SOFA 23 are grant date values and/or vesting date values and do not necessarily reflect the actual cash value realized by the recipient.

Schedules, Generally. Attachment or exhibit pages for certain schedules are included in the sum of "continuation pages" as may be required.

Schedule D – Creditors Holding Secured Claims. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or

challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan or security agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in this Statement of Limitations or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule F – Creditors Holding Unsecured Nonpriority Claims. The claims listed in Schedule F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each claim, determination of each date upon which each claim in Schedule F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not list a date for each claim listed on Schedule F. Intercompany receivables accumulate from the beginning of time; thus, no date is listed for these payments.

Schedule G – Executory Contracts. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or overinclusion may have occurred. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contract or other agreement set forth in Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements which may not be listed therein. Also, except for inadvertent errors and omissions, Schedule G contains all of the Debtors' executory contracts and agreements as of the Petition Date. It is possible that some of the contracts or agreements listed on Schedule G have expired or otherwise terminated pursuant to their terms since the Petition Date. The presence of a contract or agreement on Schedule G does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease.

In some cases, the same supplier or provider may appear multiple times in Schedule G. This multiple listing is to reflect distinct agreements between the Debtors and such supplier or provider.

Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of its business, such as easements, right of way, subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements and title agreements. Such documents are also not set forth in Schedule G.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The Debtors reserve all of their rights to dispute or challenge the characterization of the structure of any transaction, or any document or instrument (including, without limitation, any intercreditor agreement) related to a creditor's claim. Finally, certain of the executory agreements may not have been memorialized and could be subject to dispute.

Bimco, Inc. On March 12, 2010, a definitive agreement was executed with Rosebud Mining Company for the sale of certain assets of both Buckeye Industrial Mining Co. ("Buckeye") and Evergreen Energy Inc. ("Evergreen") for $27.9 million, in addition to the release of $5.0 million of cash reclamation bonds. Further, $2.8 million of the purchase price was deposited into escrow for a period of twelve months to cover amounts payable to Rosebud pursuant to the indemnification provision of the sales agreement; such

**PAGE 3 OF 4**

escrow was released on April 1, 2011. The sale closed on April 1, 2010. Pursuant to the sales agreement, inventory, property, plant, equipment, mineral rights, Evergreen's dock facilities and the assumption of environmental obligations and obligations related to a multi year dock lease were transferred to Rosebud. Further, Rosebud also purchased the name Buckeye Industrial Mining and the entity was subsequently renamed as Bimco, Inc. Evergreen retained the rights to accounts receivable and obligations related to accounts payable, restricted cash and accrued liabilities that existed on the sale date of April 1, 2010. After the closing, Evergreen collected substantially all of the accounts receivable outstanding on April 1, 2011, received the restricted cash and settled the majority of the outstanding liabilities of Buckeye. The remaining liabilities include two disputed accounts payable items and a recently filed action against Bimco, Inc. by Norfolk Southern. Further, Bimco, Inc. also remains a subsidiary guarantor and co-debtor of Evergreen's 8% Convertible Notes due 2012 (Cusip 30024BAA2).

RLF1 5700558v. 1

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re ___Evergreen Energy Inc._____,    Case No. _____

Debtor

Chapter ___7_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Y | 1 | $ 0.00 | | |
| B - Personal Property | Y | 14 | $ 239,997,123.17 | | |
| C - Property Claimed as Exempt | N | 0 | | | |
| D - Creditors Holding Secured Claims | Y | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Y | 4 | | $ 1,117.34 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | 18 | | $ 25,044,896.68 | |
| G - Executory Contracts and Unexpired Leases | Y | 17 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | N | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | N | 0 | | | $ 0.00 |
| TOTAL | | 56 | $ 239,997,123.17 | $ 25,046,014.02 | |

B6A (Official Form 6A) (12/07)

In re Evergreen Energy Inc.                    ,          Case No. _____
_____
              **Debtor**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶ $0.00 | |

(Report also on Summary of Schedules.)

B 6B (Official Form 6B) (12/07)

In re  Evergreen Energy Inc._____,     Case No. _____
                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | x | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Sch B-2. | | $213,807.62 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | See Sch B-3. | | $127,506.67 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | See Sch B-4. | | $19,007.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | x | | | |
| 6. Wearing apparel. | x | | | |
| 7. Furs and jewelry. | x | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | x | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Sch B-9. | | |
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | x | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Evergreen Energy Inc.                    ,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | x | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | See Sch B-13. | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | China JV ($307K) - China, and Southern Coal Holdings JV ($107K) - Australia - Equity Acctng | | $413,882.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16. Accounts receivable. | | See Sch B-16. | | $235,398,370.41 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A − Real Property. | x | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Sch B-21. | | $2,860,770.66 |

B 6B (Official Form 6B) (12/07) -- Cont.

In re    Evergreen Energy Inc.                            ,            Case No. _____
                    **Debtor**                                                              **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | | See Sch B-22a, B-22b, & B-22c. | | $597,405.81 |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | x | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | x | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | x | | | |
| 26. Boats, motors, and accessories. | x | | | |
| 27. Aircraft and accessories. | x | | | |
| 28. Office equipment, furnishings, and supplies. | | Furniture and Fixtures NBV @ 10/31/11 & Boiler Parts in Brenam, Germany NBV = $0. | | $66,673.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | x | | | |
| 30. Inventory. | x | | | |
| 31. Animals. | x | | | |
| 32. Crops - growing or harvested. Give particulars. | x | | | |
| 33. Farming equipment and implements. | x | | | |
| 34. Farm supplies, chemicals, and feed. | x | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | x | | | |

_____13_____ continuation sheets attached    Total▶    $    239,997,123.17

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Evergreen Energy Inc.
Schedule B-2: Bank Accounts

| Description | Account No. | Location | Current Value | | |
|---|---|---|---|---|---|
| Pex Funds (P-Cards) | N/A | 1375 Broadway, 11th floor, NY, NY 10018 (www.pexcard.com) | $ 12,407.00 | | |
| Lazard Capital Markets LLC | At-the-market stock sales account: 432-00227 | 30 Rockefeller Plaza, New York, NY 10020 | $ - | | |
| Chase MMA & LOC Savings Account | Chase Bank - Evergreen Energy - 2197315571; 102001017 | 1125 17th St., Denver, CO 80202 | $ 2,690.99 | 1/18/2011 | |
| EMIT | GREENCERT - 886906809; 102001017 | 1125 17th St., Denver, CO 80202 | $ 32.64 | 1/18/2011 | |
| Chase Operating | Evergreen Energy - 478692930; 102001017 | 1125 17th St., Denver, CO 80202 | $ 48,769.11 | 1/18/2011 | |
| Chase Payroll | EVERGREEN ENERGY PAYROLL - 193378799; 102001017 | 1125 17th St., Denver, CO 80202 | $ 149,027.31 | 1/18/2011 | Net Outstanding ADP Wire of (1,581.04) |
| Chase CDA | EVERGREEN ENERGY CDA - 632558912; 044000037 | 1125 17th St., Denver, CO 80202 | $ 880.57 | 1/18/2011 | Net Outstanding Checks of (31,644.10) |
| | | Total | $ 213,807.62 | | |

5777832_1.XLS

Evergreen Energy Inc.
Schedule B-3

| Description | Description 2 | Location | Current Value | |
|---|---|---|---|---|
| Rent Deposit at Glenarm Residential, LLC | Apartment | 1600 Glenarm Place, Denver | $ | 2,870.00 |
| Harness, Dickey & Pierce (retainer) | Legal Services | 5445 Corporate Dr. Suite 200 Troy, MI. 48098 | $ | 10,000.00 |
| Sherman & Howard (retainer for Koppelman litigation) | Legal Services | 633 17th St. Suite 2600 Denver, CO 80202 | $ | 25,000.00 |
| Wright Express, dba "Fleet Services" (deposit for "hotel credit card") | Travel | 33548 Treasury Center Chicago, IL 60694 | $ | 25,000.00 |
| AirPlus International (deposit for "airfare credit card") | Travel | 33548 Treasury Center Chicago, IL 60694 | $ | 50,000.00 |
| Reimbursement to Stanhill (Crosby) for deposit on T. Burton's Singapore apartment | London | Scotia Centra 4th Floor POB 2804 George Town, Grand Cayman KY1-1112 Cayman Islands | $ | 6,185.96  Could be disputed by Crosby |
| Payment to Lim Ee Seng for deposit on Tom Burton's Singapore apartment | Singapore | Scotia Centra 4th Floor POB 2804 George Town, Grand Cayman KY1-1112 Cayman Islands | $ | 6,482.71  Could be disputed by Crosby |
| South Dakota Lab - Rent Deposit | Black Hills Business Development Center | 525 Universerity Loop, Rapid City SD 57701 | $ | 1,968.00 |
| | | | $ | 127,506.67 |

577893_1.XLS

Evergreen Energy Inc.
Schedule B-4

| Description | Location | Current Value | |
|---|---|---|---|
| Computer Equipment, Printers | Denver | $    16,463.00 | * |
| Laptops | Wyoming | $     2,544.00 | * |
| | | $    19,007.00 | |

* Book Value, net of Depreciation as at 10/31/11

Evergreen Energy Inc.
Schedule B-9

| Policy Period | Description | Company | Policy No. |
|---|---|---|---|
| July 31, 2011 - July 31, 2012 | Package (Property/GL) Liability | Federal Insurance Company (Chubb) | 35830656 |
| July 31, 2011 - July 31, 2012 | Hired and Non-Owned Auto Liability | Federal Insurance Company (Chubb) | 73528153 |
| July 31, 2011 - July 31, 2012 | International Package - GL, Auto Liability, Workers Comp. | Federal Insurance Company (Chubb) | 35340131 |
| July 31, 2011 - July 31, 2012 | Umbrella Liability | Ace American | XXO G23832930 |
| July 31, 2011 - July 31, 2012 | Pollution Liability | Federal Insurance Company (Chubb) | 37310835 |
| July 31, 2011 - July 31, 2012 | Executive Risk Package; Crime; Fiduciary Liability; Employment Practices Liability; Kidnap & Ransom | Federal Insurance Company (Chubb) | 68048887 |
| June 25, 2011 - June 25, 2012 | Directors and Officers Liability - $5,000,000 | National Union Fire Insurance Company of Pittsburgh, PA | 21443065 |
| June 25, 2011 - June 25, 2012 | Directors and Officers Liability - excess $5,000,000 | Berkley Insurance Company | 18004335 |
| June 25, 2011 - June 25, 2012 | Directors and Officers Liability - excess $10,000,000 | Federal Insurance Company | 68046435 |
| June 25, 2011 - June 25, 2012 | Directors and Officers Liability - excess $10,000,000 | Illinois National Insurance Company | 21463991 |
| June 25, 2011 - June 25, 2012 | Directors and Officers Liability - excess $10,000,000 | XL Specialty Insurance Company | ELU12187711 |

Evergreen Energy Inc.

Schedule B-13:

| DESCRIPTION AND LOCATION OF PROPERTY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION. |
|---|---|
| 100% interest in KFx Technology, LLC | Unknown |
| 100% interest in Evergreen Operations, LLC | Unknown |
| 100% Evergreen Energy International, LLC | Unknown |
| 93% C-Lock Technology, Inc. | Unknown |
| 100% interest in CoGas, LLC | Unknown |
| 13.2% interest in Charco Redondo, LLC | Unknown |

Evergreen Energy Inc.
Receivables
Schedule B-16

| Account Description | | Location | Amount |
|---|---|---|---|
| Intercompany Receivable | Due From | C-Lock Technology, Inc. | $29,967,999.26 |
| Intercompany Receivable | Due From | Evegreen Asia Japan KK | $5,470.04 |
| Intercompany Receivable | Due From | Evergreen Energy International, LLC | $1,652,737.25 |
| Intercompany Receivable | Due From | Evergreen Energy Operations, LLC | $1,992,998.00 |
| Intercompany Receivable | Due From | KFx Operations, LLC | $10,218,314.78 |
| Intercompany Receivable | Due From | KFx Plant, LLC | $156,690,069.84 |
| Intercompany Receivable | Due From | KFx Technology, LLC | $11,646,942.58 |
| Intercompany Receivable | Due From | Landrica Development Company | $22,241,859.12 |
| Account Receivable | Alpha Natural Resources, LLC | 999 Corporate Boulevard, Suite 300 Linthicum Heights, MD 21090 | $5,000.00 |
| Receivable from Pegasus/NeuCo Inc. | | 800 Boylston St. Floor 30, Boston MA 02119 | $1,041,645.00 * |
| Reserve on Receivable from Pegasus/NeuCo Inc. | | 800 Boylston St. Floor 30, Boston MA 02119 | -$1,041,645.00 * |
| HUB Properties Trust | Net Security Deposit Receivable - Denver Office | c/o REIT Mgmt & Research, P.O.Box 845911, Bostom MA 02284-5911 | $713,129.09 |
| Michael S. Luther | Unsupported Advancement to Luther | 4089 S. 84th St. Omaha, NE 68127 | $263,850.45 ** |
| | | Total | $235,398,370.41 |

*Fully written off as uncollectible. However, Evergreen Energy Inc. has been receiving interest payments on this note. Please see Executory Contracts section of Evergreen Energy Inc.

** Evergreen Energy Inc. made advancements totaling $275,000 to Luther in 2010 for expense reimbursements. However, only $11,149.55 in receipts and invoices supported the expense reimbursements. Evergreen Energy Inc. has made several attempts to collect these amounts.

Evergreen Energy Inc.
Schedule B-21

| Description | | Location | Current Value | As of |
|---|---|---|---|---|
| Prepaid: Software Products License | Aspen Technology, thru 2/28/12 | POB 83048 Woburn MA 01813 | $8,554.94 | 12/31/2011 |
| Prepaid -Software License & Support | Oracle America, Inc., thru 5/17/12 | POB 71028 Chicago, IL 60694 | $18,882.40 | 12/31/2011 |
| Prepaid: Investor Relations | Kekst and Company, thru 8/28/12 | C/O Bank of America 16655 Collections Center Dr. Chicago, IL 60693 | $33,333.32 | 12/31/2011 |
| Potential of $2,000,000 in preferred shares from Green Bridge Holdings, Inc. as part of the Ft. Union Sale. Contingent and unliquated value of zero. Asset purchase agreement dated April 12, 2011 between Evergreen Energy and MR&E, Ltd., to purchase Evergreen Energy's boiler parts stored in Bremen, Germany; $100,000 was paid at execution of APA. | | | $0.00 * | |
| | | 228 W. Third St., Perrysburg, OH 43551 | $2,800,000.00 | 1/18/2012 |
| Potential claims against Ilyas Khan and/or Stanhill | | 4 Old Park Lane, London W1K 1QW | Unknown | |
| | | | $2,860,770.66 | |

*Please see Landrica Development Company's Attachment 2 to the SOFA for details.

5777841_1.XLS

Evergreen Energy Inc.
Schedule B-22a

**Capitalized Costs related to Patents and Trademarks:**
Net Book Value at 10/31/11.

| | | |
|---|---:|---|
| Pending Patents | 209,129.85 | Patents List available in Schedule B-22b |
| Pending Trademarks | 17,539.34 | Trademarks List available in Schedule B-22c |
| Granted Patents | 331,530.40 | Patents List available in Schedule B-22b |
| Granted Trademarks | 39,206.22 | Trademarks List available in Schedule B-22c |
| Total Book Value, net of Amortization | $ 597,405.81 | |

Evergreen Energy Inc.
Schedule B-22b: Patents List

| Case No. | Sub-Case No. | US Patent No. | Country | Case Type | Description | Full Title | Status | Patent Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 01 | 5,290,523 | China | Utility Patent Filing | Series C, Indirect heating | Method and Apparatus for Upgrading Carbonaceous Fuel | Granted | 9/30/98 | 9/28/13 |
| 32 | 01 | 5,290,523 | Taiwan | Utility Patent Filing | Series C, Indirect heating | Method and Apparatus for Upgrading Carbonaceous Fuel | Granted | 3/24/95 | 10/21/13 |
| 32 | 02 | 5,290,523 | US | Continuation in Part | Series C, Indirect heating | Method and Apparatus for Upgrading Carbonaceous Fuel | Granted | 3/1/94 | 3/13/12 |
| 32 | | 5,290,523 | Mexico | Utility Patent Filing | Series C, Indirect heating | Method and Apparatus for Upgrading Carbonaceous Fuel | Granted | 9/30/97 | 9/27/13 |
| 33 | 01 | 5,769,908 | China | Patent Cooperation Treaty | Indirect heating | Method and Apparatus for Reducing the By-Product Content in Carbonaceous Materials | Granted | 1/30/02 | 7/17/16 |
| 33 | 02 | 5,769,908 | US | Continuation | Indirect heating | Method and Apparatus for Reducing the By-Product Content in Carbonaceous Materials | Granted | 6/23/98 | 8/9/15 |
| 34 | 01 | 5,746,787 | US | Utility Patent Filing | | Process for Treating Carbonaceous Material | Granted | 5/5/98 | 10/28/16 |
| 43 | 01 | 6,266,894 | Australia | Patent Cooperation Treaty | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 8/22/02 | 3/26/18 |
| 43 | 01 | 6,266,894 | China | Patent Cooperation Treaty | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 12/31/03 | 3/26/18 |
| 43 | 01 | 6,266,894 | Taiwan | Utility Patent Filing | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 11/12/01 | 3/25/18 |
| 43 | 01 | 6,266,894 | US | Patent Cooperation Treaty | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 7/31/01 | 3/26/18 |
| 43 | | 6,266,894 | Canada | Patent Cooperation Treaty | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 7/11/01 | 3/26/18 |
| 43 | | 6,266,894 | Mexico | Patent Cooperation Treaty | Apparatus, 3 outlets (one for each phase) | Liquid/Gas/Solid Separation | Granted | 8/19/03 | 3/25/18 |
| 44 | 01 | 6,249,989 | Australia | Patent Cooperation Treaty | Indirect AND direct heating | Method and Apparatus for Heat Transfer | Granted | 8/29/02 | 3/5/18 |
| 44 | 01 | 6,249,989 | China | Patent Cooperation Treaty | Indirect AND direct heating | Method and Apparatus for Heat Transfer | Granted | 2/8/06 | 3/5/18 |
| 44 | 01 | 6,249,989 | Taiwan | Utility Patent Filing | Indirect AND direct heating | Method and Apparatus for Heat Transfer | Granted | 10/9/00 | 3/4/18 |
| 44 | 01 | 6,249,989 | US | Patent Cooperation Treaty | Indirect AND direct heating | Method and Apparatus for Heat Transfer | Granted | 6/26/01 | 3/5/18 |
| 45 | 01 | 6,185,841 | China | Patent Cooperation Treaty | Indirect AND direct heating | Enhanced Heat Transfer System | Granted | 5/28/03 | 5/6/18 |

| No | Sub | Patent/App No | Country | Type | Description | Title | Status | Date | Date |
|---|---|---|---|---|---|---|---|---|---|
| 50 | 01 | 7,198,655 | Australia | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 1/8/09 | 3/11/25 |
| 50 | 01 | 7,198,655 | Brazil | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | 3/11/25 |
| 50 | 01 | 7,198,655 | Canada | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 10/25/11 | 3/11/25 |
| 50 | 01 | 7,198,655 | China | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 11/3/10 | 3/11/25 |
| 50 | 01 | 7,198,655 | European Patent Convention | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 01 | 7,198,655 | Hong Kong | Standard Patent | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 01 | 7,198,655 | India | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Filed | | |
| 50 | 01 | 7,198,655 | Indonesia | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 11/9/10 | 3/11/25 |
| 50 | 01 | 7,198,655 | Japan | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 7/22/11 | 3/11/25 |
| 50 | 01 | 7,198,655 | Kazakhstan | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 5/25/09 | 3/11/25 |
| 50 | 01 | 7,198,655 | Korea, Rep of | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 12/17/08 | 3/11/25 |
| 50 | 01 | 7,198,655 | Malaysia | Utility Patent Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Filed | | |
| 50 | 01 | 7,198,655 | Mexico | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 12/4/08 | 3/11/25 |
| 50 | 01 | 7,198,655 | New Zealand | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 10/8/09 | 3/11/25 |
| 50 | 01 | 7,198,655 | Pakistan | Utility Patent Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 2/24/11 | 3/5/24 |
| 50 | 01 | 7,198,655 | Philippines | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 01 | 7,198,655 | Russian Federation | Patent Cooperation Treaty | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 9/20/08 | 3/11/25 |
| 50 | 01 | 7,198,655 | Taiwan | Utility Patent Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 01 | 7,198,655 | Thailand | Utility Patent Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 01 | 7,198,655 | US | Priority Application | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 4/3/07 | 5/3/24 |
| 50 | 02 | 7,198,655 | Canada | Divisional Application | Includes addition of gas with O2 for oxidation | Method for Thermally Upgrading Carbonaceous Material | Filed | | |
| 50 | 02 | 7,198,655 | China | Divisional Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 02 | 7,198,655 | European Patent Convention | Divisional Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 02 | 7,198,655 | Japan | Divisional Filing | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Published | | |
| 50 | 02 | 7,198,655 | Russian Federation | Divisional Filing | Includes addition of gas with O2 for oxidation | Method for Thermally Upgrading Carbonaceous Material | Filed | | |
| 50 | 02 | 7,842,107 | US | Continuation | Includes addition of gas with O2 for oxidation | Method and Apparatus for Thermally Upgrading Carbonaceous Material | Granted | 11/30/10 | 7/8/27 |
| 50 | 03 | 7,198,655 | US | Divisional Filing | Includes addition of gas with O2 for oxidation | Method for Thermally Upgrading Carbonaceous Material | Published | | |
| 51 | 01 | 6,497,054 | Australia | Patent Cooperation Treaty | Upgrading with pressurized water | Upgrading Solid Material | Granted | 2/22/07 | 9/26/21 |
| 51 | 01 | 6,497,054 | China | Patent Cooperation Treaty | Upgrading with pressurized water | Upgrading Solid Material | Granted | 9/6/06 | 9/26/21 |
| 51 | 01 | 6,497,054 | US | Utility Patent Filing | Upgrading with pressurized water | Upgrading Solid Material | Granted | 12/24/02 | 9/26/21 |
| 54 | 01 | 13/025,443 | US | Priority Application | | System and Method for Improved Hydrothermal Upgrading of Carbonaceous Material | Filed | | |

Evergreen Energy Inc.
Schedule B-22c: Trademarks List

| No. | Country | Type | Title | Filing Date | Registration Date | Expiration | Notes | |
|---|---|---|---|---|---|---|---|---|
| TMA770,474 | Canada | Trademark | Greencert | 10/19/2007 | 6/22/10 | 6/22/25 | Registered | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 6666623 | China | Trademark | Greencert | 7/28/2008 | 9/7/10 | 9/6/20 | Registered Int. Class 42 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 7103484 | EU | Trademark | Greencert | 10/19/2007 | 3/13/09 | 7/28/18 | Registered | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 1671077 | India | Trademark | Greencert | 10/19/2007 | 4/1/08 | 4/1/18 | Registered Int Class 42 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| IDM000238727 | Indonesia | Trademark | Greencert | 5/5/2008 | 2/15/10 | 5/5/18 | Registered Int. Class 42 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 786536 | New Zealand | Trademark | Greencert | 3/28/2008 | 11/12/09 | 10/19/17 | Registered Int. Class 42 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 382010 | Russian Federation | Service Mark | Greencert | 4/15/2008 | 6/19/09 | 4/15/18 | Registered Int. Class 42 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 77/209,023 | US | Trademark | Greencert | 10/19/2007 | 12/8/09 | | Registered Int. Class 42, US Class 100 101 | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 2008/07267 | South Africa | Trademark | Greencert | 12/27/2010 | 8/31/10 | 4/2/18 | Published Aug 6, 2011; allowed Oct 4, 2011-Statement of use due Apr 4, 2012. | Related to the business of Debtor's subsidiary, C-Lock Technology, Inc. |
| 85/116,791 | US | Trademark | EMIT | 8/26/2010 | | | Registered | |
| 1215957 | Australia | Trademark | K-Direct | 12/18/2007 | 5/1/208 | 12/18/17 | Registered | |
| TMA745691 | Canada | Trademark | K-Direct | 12/19/2007 | 8/19/09 | 5/19/24 | Registered | |
| 6449896 | China | Trademark | K-Direct | 12/21/2007 | 3/28/10 | 3/27/20 | Registered; Int. Class 37 | |
| 6449896 | China | Trademark | K-Direct | 12/21/2007 | 7/14/10 | 7/13/20 | Registered; Int. Class 42 | |
| 6824193 | European Community | Trademark | K-Direct | 12/18/2007 | 12/5/08 | 12/18/17 | Registered | |
| 53 | India | Trademark | K-Direct | 12/19/2007 | | | Published | |
| IDM00021582B | Indonesia | Trademark | K-Direct | 12/27/2007 | 8/21/09 | 1/28/18 | Registered Int. Class 37 | |
| IDM000215827 | Indonesia | Trademark | K-Direct | 12/27/2007 | 8/21/09 | 1/28/18 | Registered Int. Class 42 | |
| 5155511 | Japan | Trademark | K-Direct | 12/18/2007 | 8/1/08 | 8/1/18 | Registered | |
| 376079 | Russian Federation | Trademark | K-Direct | 12/18/2007 | 4/2/09 | 12/18/17 | Registered | |
| 1347520 | Taiwan | Trademark | K-Direct | 12/21/2007 | 1/16/09 | 1/15/19 | Registered Int. Class 37 | |
| 1347561 | Taiwan | Trademark | K-Direct | 12/21/2007 | 1/16/09 | 1/15/19 | Registered Int. Class 42 | |
| 3397666 | US | Trademark | K-Direct | 6/21/2007 | 3/18/08 | 3/18/18 | Registered | |
| | Australia | Trademark | K-Fuel | 6/10/2011 | | | Filed | |
| TMA740720 | Canada | Trademark | K-Fuel | 12/17/2008 | 5/25/09 | 5/25/24 | Registered | |
| 6511407 | China | Trademark | K-Fuel | 1/15/2008 | 3/28/10 | 3/27/20 | Registered | |
| 6580161 | European Community | Trademark | K-Fuel | 1/14/2008 | 7/6/10 | 1/14/18 | Registered | |
| | India | Trademark | K-Fuel | 1/17/2008 | | | Pending | |
| IDM000217519 | Indonesia | Trademark | K-Fuel | 2/12/2008 | 9/1/09 | 2/12/18 | Registered | |
| 5234359 | Japan | Trademark | K-Fuel | 1/15/2008 | 5/29/09 | 5/29/19 | Registered | |
| 392765 | Russian Federation | Trademark | K-Fuel | 1/14/2008 | 10/30/09 | 1/14/18 | Registered | |
| 1325582 | Taiwan | Trademark | K-Fuel | 1/16/2008 | 9/1/08 | 8/31/18 | Registered | |
| 3171807 | US | Trademark | K-Fuel | 12/11/2001 | 11/14/06 | 11/14/16 | Registered | |

5777846_1.XLS

B 6D (Official Form 6D) (12/07)

In re  Evergreen Energy Inc.                            ,        Case No. _____
                                    **Debtor**                                                              **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| _0_ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $            0.00 | $            0.00 |
| | | | Total ▶ (Use only on last page) | | | | $            0.00 | $            0.00 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6E (Official Form 6E) (04/10)

In re  Evergreen Energy Inc._____,                Case No._____
                        Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

B 6E (Official Form 6E) (04/10) – Cont.

In re  Evergreen Energy Inc.                                    ,        Case No._____
                            Debtor                                                                    *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use,
that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of
Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C.
§ 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a
drug, or another substance.  11 U.S.C. § 507(a)(10).

   *\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of
adjustment.*

                                              2  continuation sheets attached

B 6E (Official Form 6E) (04/10) – Cont.

In re  Evergreen Energy Inc. _____,    Case No. _____
                Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Group:00359026<br><br>CIGNA Health Insurance 1000 Great-West Drive Kennett, MO 63857 | | | Various due to various service dates & lag time in processing medical claims | x | x | | $0.00 | $0.00 | |
| Account No. GrpID:00445967<br><br>Guardian Life Insurance P.O.Box 677458 Dallas, TX 75267-7458 | | | December Premium | | | | $1,117.34 | $1,117.34 | |
| Account No.<br><br>City & County of Denver Wellington E. Webb Municipal  201 W. Colfax Ave. MC 1001, Dept. 1009 | | | Use, Occupational Privilege, & Personal Property Tax | x | x | | $0.00 | $0.00 | |
| Account No.<br><br>Australian Stamp Tax in relation to the SCH Joint Venture | | | 2011 | | x | | $0.00 | $0.00 | |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule
of Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)        $  1,117.34    $  1,117.34

Total▶        $
(Use only on last page of the completed
Schedule E.  Report also on the Summary
of Schedules.)

Totals▶
(Use only on last page of the completed        $        $
Schedule E.  If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

B 6E (Official Form 6E) (04/10) – Cont.

In re  Evergreen Energy Inc._____ ,    Case No. _____
                    **Debtor**                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 2153178<br><br>Delaware Secretary of State 401 Federal St. Ste 4 Dover, DE 19901 | | | January 2012 Delaware Franchise Tax | | x | | $0.00 | $0.00 | |
| Account No. 01217027004US<br><br>Colorado Dept. Of Revenue Denver, CO 80261-0004 | | | Year 2011 Colorado State Use Tax | x | x | | $0.00 | $0.00 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals►
(Totals of this page)    $ 0.00    $ 0.00

Total►
(Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)    $ 1,117.34

Totals►
(Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 1,117.34

B 6F (Official Form 6F) (12/07)

In re   Evergreen Energy Inc.                                    ,          Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Bimco, Inc<br>1225 17th street, suite 1300<br>Denver, Co. 80202 | | | Intercompany payable to Bimco, Inc. | | | | $6,737,225.00 |
| ACCOUNT NO.<br><br>C-Lock Technology, Inc.<br>1225 17th street, suite 1300<br>Denver, Co. 80202 | | | Intercompany payable to C-Lock Technology, Inc. | | | | $96,101.00 |
| ACCOUNT NO.<br><br>Evergreen Asia Pacific Corp.<br>1225 17th street, suite 1300<br>Denver, Co. 80202 | | | Intercompany payable to Evergreen Asia Pacific Corp. | | | | $1,841,588.00 |
| ACCOUNT NO.<br><br>Diana Kubik<br>1225 17th street, suite 1300<br>Denver, Co. 80202 | | | Earned paid time off not paid. | | | | $18,346.55 |

Subtotal▶  $  8,693,260.55

 17  continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re  Evergreen Energy Inc.                              ,        Case No. _____
                        **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> William Laughlin <br> 1225 17th street, suite 1300 <br> Denver, Co. 80202 | | | Earned paid time off not paid. | | | | $30,397.07 |
| ACCOUNT NO. <br><br> David Peterson <br> 1225 17th street, suite, 1300 <br> Denver, Co. 80202 | | | Earned paid time off not paid. | | | | $1,351.87 |
| ACCOUNT NO. <br><br> Bechtel Powr Corp. <br> 5651 W. Talavi Blvd. <br> Glendale, Arizona 85306 | | | Contingent payment for failure to build a certain number of plants within a specified period | X | | | $10,000,000.00 |
| ACCOUNT NO. <br><br> Mitel Leasing <br> 1140 W. Loop North <br> Houston, TX 77055 | | | Phone Equipment Commitment: 2012 | | X | | $27,387.00 |
| ACCOUNT NO. <br><br> HUB Properties <br> c/o REIT Mgmt & Research, <br> P.O.Box 845911, Bostom MA | | | Rent Commitment: 2012 and thereafter. May be offset by Rent Security Deposit on Sch B-16. | | X | | $2,415,798.00 |

Sheet no. 1 of 17 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  12,474,933.94

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Evergreen Energy Inc._____,        Case No. _____
                          **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Venners, Theordore<br>750 Pennsylvania Street<br>Suite 288, Denver, CO 80203 | | | Payment of health ins. for the period 1/1/12 - 4/30/13 pursuant to a Transition Agmt. dated July 21, 2009 | | | | $12,901.60 |
| ACCOUNT NO.<br><br>Hudson Bay Master Fund, Ltd., 777 Third Ave., 30th Fl., New York, NY 10017 | | | Est. $10,000 due under a Senior Convertible Note dated Nov. 21, 2011 | x | x | | $10,000.00 |
| ACCOUNT NO.<br><br>Iroquois Master Fund Ltd. 641 Lexington Ave., 26th Fl., New York, NY 10022 | | | Est. $18,000 due under a Senior Convertible Note dated Nov. 21, 2011 | x | x | x | $18,000.00 |
| ACCOUNT NO.<br><br>Centurion Credit Funding LLC, 152 West 57th St., 4th Fl., New York, NY 10019 | | | Unsecured Convertible Debt<br><br>"2011 Note" | | | | $1,395,000.00 |
| ACCOUNT NO.<br><br>Level 3 Capital Fund LP 152 West 57th St., 4th Fl., New York, NY  10019 | | | Unsecured Convertible Debt<br><br>"2011 Note" | | | | $155,000.00 |

Sheet no. __2__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ 1,590,901.60

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.** _____     Case No. _____
         **Debtor**                                          **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. VYH46<br>Airgas Intermountain (WY)<br>5439 Magnuson Blvd<br>Gillette, WY 82718 | | | 9/30/2011<br>R&M - Parts | | | | $102.12 |
| ACCOUNT NO. 300440 T002<br>Anton Collins Mitchell LLP<br>303 E 17th Ave, Suite 600<br>Denver, CO 80203 | | | 11/28/2011<br>Accounting | | | | $8,790.00 |
| ACCOUNT NO. CO1212<br>AquaPure of Colorado LLC<br>WS # 160<br>P.O. Box 414378<br>Kansas City, MO 64141 | | | 9/28/2011<br>Office Equipment Leases | | | | $1,239.29 |
| ACCOUNT NO. 31457<br>Calfee, Halter & Griswold LLP<br>1400 McDonald Investment Ctr<br>800 Superior Ave<br>Cleveland, OH 44114-2688 | | | 11/21/2011<br>Litigation | | | | $2,675.00 |
| ACCOUNT NO. 7470958<br>Corporation Service Co (PA)<br>PO Box 13397<br>Philadelphia, PA 19101-3397 | | | 8/17/2011<br>Other G&A | | | | $2,332.00 |
| ACCOUNT NO. 065143835<br>Dell Computer Corporation<br>c/o Dell USA L.P.<br>P.O. Box 802816<br>Chicago, IL 60680-2816 | | | 4/14/2011<br>Computer Equipment | | | | $4,268.45 |
| ACCOUNT NO. 3782417<br>DXP Enterprises Inc (TX)<br>P O Box 201791<br>Dallas, TX 75320-1791 | | | 5/9/2011<br>Protective Equipment/ Clothing | | | | $323.78 |
| | | | | | | Subtotal | $19,730.64 |

Sheet no. _3_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re <u>Evergreen Energy Inc.</u>                              Case No. _____
                  **Debtor**                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 45986282<br>Office Depot<br>P O Box 88040<br>Chicago, IL  60680-1040 | | | 8/31/2011<br>General office supplies | | | | $1,369.65 |
| ACCOUNT NO. 00610-000866000<br>Officeteam<br>File 73484<br>P O Box 60000<br>San Francisco, CA  94160-3484 | | | 8/30/2011<br>Temporary employees | | | | $1,190.00 |
| ACCOUNT NO. 273622<br>Perceptive Software Inc<br>P O Box 872869<br>Kansas City, MO  64187-2869 | | | 9/26/2011<br>Software Maintenance | | | | $9,319.65 |
| ACCOUNT NO. EVERGI<br>Power Service Inc<br>P O Box 2870<br>Casper, WY  82602 | | | 7/26/2011<br>Pump | | | | $13,224.20 |
| ACCOUNT NO. 676065<br>Farmers Cooperative Association<br>1206 S Douglas Hwy<br>Gillette, WY  82716 | | | 8/29/2011<br>Gasoline and Diesel | | | | $64.39 |
| ACCOUNT NO. 1082-6268-0<br>FedEx<br>P O Box 94515<br>Palatine, IL  60094-4515 | | | 11/17/2011<br>Overnight/Express Services | | | | $610.19 |
| ACCOUNT NO. 500047902<br>FP Mailing Solutions<br>Attn: Accts Receivable<br>140 N. Mitchell Ct.<br>Addison, IL  60101 | | | 10/14/2011<br>General office supplies | | | | $64.63 |
| | | | | | | Subtotal | $25,842.71 |

Sheet no. __4__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                    Case No. _____
         **Debtor**                                            **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Greg's Welding Inc<br>P O Box 3104<br>Gillette, WY  82717-3104 | | | 11/16/2011<br>Welder | | | | $1,576.22 |
| ACCOUNT NO.<br>2245<br>Harness, Dickey & Pierce<br>5445 Corporate Dr, Suite 200<br>Troy, MI  48098-2683 | | | 8/23/2011<br>Intellectual Property | | | | $39,942.76 |
| ACCOUNT NO.<br>11393<br>Hazen Research Inc<br>4601 Indiana St<br>Golden, CO 80403 | | | 10/13/2011<br>Eng. & Tech Serv. General | | | | $16,912.02 |
| ACCOUNT NO.<br>DE3124-10011<br>Hein & Associates LLP<br>1999 Broadway<br>Suite 4000<br>Denver, CO 80202 | | | 7/31/2011<br>Audit Fees | | | | $107,245.00 |
| ACCOUNT NO.<br>026647.000001<br>Hogan & Lovells US LLP<br>1200 17th St, Suite 1500<br>Denver, CO  80202 | | | 8/23/2011<br>Intellectual Property | | | | $1,225.45 |
| ACCOUNT NO.<br>41788<br>Holme Roberts & Owen LLP<br>P O Box 1618<br>Denver, CO  80201-1618 | | | 12/8/2011<br>Litigation | | | | $137.50 |
| ACCOUNT NO.<br>299351.102103<br>Mitel Leasing, Inc.<br>P O Box 972629<br>Dallas, TX  75397 | | | 10/1/2011<br>Office Equipment Leases | | | | $16,262.52 |
| | | | | | | Subtotal | $183,301.47 |

Sheet no. __5__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.** _____     Case No. _____
          **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 394<br>Interwest Transfer Co Inc<br>1981 E 4800 South, #100<br>P O Box 17136<br>Salt Lake City, UT  84117 | | | 11/7/2011<br>Transfer Agent | | | | $1,343.64 |
| ACCOUNT NO.<br>Kaplan, Robert<br>1225 17th Street, Suite 1300<br>Denver, CO 80202-5506 | | | 10/7/2011<br>Accrued Board and Committee Fees | | | | $24,897.46 |
| ACCOUNT NO.<br>Knight Technologies Inc<br>201 W Lakeway Rd, #200<br>Gillette, WY  82718 | | | 9/20/2011<br>Permits | | | | $428.90 |
| ACCOUNT NO.<br>Merrill Communications<br>CM-9638<br>St Paul, MN  55170-9638 | | | 10/11/2011<br>SEC/AMEX Filings | | | | $26,082.50 |
| ACCOUNT NO. RC38623402<br>MGTC, Inc<br>P O Box 730467<br>Dallas, TX  75373-0467 | | | 11/7/2011<br>Electric | | | | $3,385.85 |
| ACCOUNT NO. K-303-111-8856 544M<br>Century Link<br>PO Box 29040<br>Phoenix, AZ  85038-9040 | | | 11/13/2011<br>Telephone | | | | $804.29 |
| ACCOUNT NO. 81641297<br>Century Link<br>PO Box 52187<br>Phoenix, AZ  85072 | | | 10/27/2011<br>Data lines | | | | $4,800.74 |
| | | | | | | Subtotal | $61,743.38 |

Sheet no. __6__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re Evergreen Energy Inc.                                    Case No. _____
        Debtor                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1359 <br> Ryan Equipment Company LLC <br> P O Box 411 <br> Gillette, WY  82717-0411 | | | 9/6/2011 <br> Waste Disposal | | | | $695.00 |
| ACCOUNT NO. 670254 <br> SGS North America Inc. <br> PO BOX 2502 <br> Carol Stream,, IL  60132-2502 | | | 9/12/2011 <br> Coal Testing Eng. Services | | | | $21,310.00 |
| ACCOUNT NO. RC5609 <br> Western Water Conditioning Inc <br> PO Box 2470 <br> Gillette, WY  82717 | | | 10/1/2011 <br> Water Treatment | | | | $996.40 |
| ACCOUNT NO. NA012235 <br> Precision IR Group <br> Lockbox 7391 <br> P.O. Box 8500 <br> Philadelphia, PA  19178-7391 | | | 9/3/2011 <br> Market & Research Studies | | | | $1,487.50 |
| ACCOUNT NO. 110635 <br> Wire to Wire <br> 800 East 64th Ave <br> Suite 10 <br> Denver, CO  80229-7200 | | | 12/6/2011 <br> Data lines | | | | $210.00 |
| ACCOUNT NO. 00-EVERGRE <br> Zacks Investment Research Inc <br> 111 N. Canal St. <br> Suite 1101 <br> Chicago, IL  60606 | | | 9/1/2011 <br> Market & Research Studies | | | | $9,600.00 |
| ACCOUNT NO. <br> Cecil Wilks Company <br> 2540 S. Flanders Court <br> Aurora, CO  80013 | | | 10/4/2011 <br> Engineering consulting | | | | $1,650.00 |
| | | | | | | Subtotal | $35,948.90 |

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.** _____          Case No. _____
                **Debtor**                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 427645<br>CH2M Hill<br>Dept 925<br>Denver, CO  80271 | | | 10/28/2011<br>Eng. & Tech. Serv.<br>General | | | | $3,600.00 |
| ACCOUNT NO. 4877<br>Background Informations Services<br>1800 30th Street #204<br>Boulder, CO  80301 | | | 9/8/2011<br>Employee costs | | | | $299.00 |
| ACCOUNT NO. 2178990<br>Business Wire Inc<br>Department 34182<br>PO Box 39000<br>San Francisco, CA  94139 | | | 9/27/2011<br>Public Relations | | | | $14,674.50 |
| ACCOUNT NO. 4121377840<br>Wells Fargo<br>Account Analysis<br>NW 7091 PO Box 1450<br>Minneapolis, MN 55485 | | | 8/10/2010<br>Bank Service Fees | | | | $67.35 |
| ACCOUNT NO. 30024B<br>Broadridge Investor Comm Solutions Inc<br>PO Box 416423<br>Boston, MA  02241-6423 | | | 7/6/2011<br>Annual Report and Proxy<br>Mailing fees | | | | $415.36 |
| ACCOUNT NO.<br>Black Hills Business Development Center<br>525 University Loop<br>Rapid City, SD  57701 | | | 11/6/2009<br>Office Rent | X | | X | $78,031.93 |
| ACCOUNT NO.<br>Employment Testing Services<br>3805 S. Douglas Highway<br>Gillette, WY  82718 | | | 8/29/2011<br>Physicals | | | | $55.00 |
| | | | | | | Subtotal | $97,143.14 |

Sheet no.  **8**  of  **17**  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                                    Case No. _____
        **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 41385<br>Houlihan Lokey Howard & Zukin<br>HKLHZ Capital Inc<br>1930 Century Park West<br>Los Angeles, CA 90067-6802 | | | 5/27/2009<br>Debt Issuance Costs<br>2009 notes | | | X | $359,842.47 |
| ACCOUNT NO. 117557000<br>US Bank<br>CM-9690<br>St Paul, MN 55170-9690 | | | 2/1/2011<br>Trustee Fees and Interest<br>payment due<br>February 1, 2012 | | | | $118,080.00 |
| ACCOUNT NO. EVERGREEN<br>Planned Benefit Systems Inc<br>6377 S. Revere Parkway #350<br>Centennial, CO 80111 | | | 12/5/2011<br>Health & Dental<br>insurance | | | | $298.00 |
| ACCOUNT NO. 13539<br>Cintas Fire Protection<br>Cintas Fas Lockbox 636525<br>PO Box 636525<br>Cincinnati, OH 45263-6525 | | | 12/14/2011<br>Individual Health | | | | $102.75 |
| ACCOUNT NO. 105129<br>Iron Mountain Information Management Inc<br>P.O. Box 915004<br>Dallas, TX 75391-5004 | | | 8/31/2011<br>IT/Network backup<br>storage | | | | $1,683.16 |
| ACCOUNT NO. 12343<br>Tolin Mechanical Systems Company<br>12005 E. 45th Avenue<br>Denver, CO 80239 | | | 11/15/2011<br>IT/Network | | | | $270.00 |
| | | | | | Subtotal | | $480,276.38 |

Sheet no. __9__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  <u>Evergreen Energy Inc.</u>                          Case No.  _____
            **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1522 <br> Convergint Technologies, LLC <br> 35257 Eagle Way <br> Chicago, IL 60678-1352 | | | 12/15/2011 <br> General office equipment | | | | $300.00 |
| ACCOUNT NO. 26424 <br> Aspen Technology, Inc. <br> Accounts Receivables <br> P.O. Box 83048 <br> Woburn, MA 01813-3048 | | | 8/31/2011 <br> Software Maintenance | | | | $25,664.82 |
| ACCOUNT NO. 4129013 <br> Pinnacol Assurance <br> Dept 500 <br> Denver, CO 80281-0500 | | | 12/2/2011 <br> Worker's Compensation Insurance | | | | $761.00 |
| ACCOUNT NO. 80167052 <br> Mobile Mini, Inc. <br> P O Box 79149 <br> Phoenix, AZ 85062-9149 | | | 9/10/2011 <br> Equipment Rentals | | | | $985.22 |
| ACCOUNT NO. G112107 <br> Heidrick & Struggles Inc. <br> 1133 Paysphere Circle <br> Chicago, IL 60674 | | | 9/15/2011 <br> Employee recruitment | | | | $5,297.29 |
| ACCOUNT NO. 1985 <br> BLG Cargo Logistics CmbH & Co. KG <br> Senator Borttscheller-Strabe <br> Bremen, 28197 | | | 12/16/2009 <br> Boiler Part Storage Fees | | | | $288,531.19 |
| ACCOUNT NO. <br> 5500 Tax Group, Inc. <br> 110 S. Mary Ave., Ste. 2 <br> PMB 268 <br> Nipomo, CA 93444 | | | 12/8/2011 <br> Tax Preparation | | | | $450.00 |
| | | | | | | Subtotal | $321,989.52 |

Sheet no. <u>10</u> of <u>17</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                                    Case No. _____
              **Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 30024B104 <br> Folio FN Investments, Inc. <br> 8180 Greensboro Drive <br> 8th Floor <br> McLean, VA  22102 | | | 6/20/2011 <br> Annual Report and Proxy | | | | $15.30 |
| ACCOUNT NO. <br> Richard Perl <br> 1225 17th Street, Suite 1300 <br> Denver, CO 80202-5506 | | | 10/7/2011 <br> Board and Committee Fees | | | | $38,168.86 |
| ACCOUNT NO. 10710 <br> Moye White LLP <br> 1400 16th Street, 6th Floor <br> Denver, CO  80202 | | | 9/13/2011 <br> Corporate, SEC and Litigation legal fees | | | | $136,312.89 |
| ACCOUNT NO. <br> Michael Lee Schlegel <br> 1225 17th Street, Suite 1300 <br> Denver, CO 80202-5506 | | | 12/15/2011 <br> Employee Expense Reimbursement | | | | $118.71 |
| ACCOUNT NO. 1920 00001 067717 <br> AirPlus International Inc. <br> PO Box 7247-6064 <br> Philadelphia, PA  19170 | | | 11/1/2011 <br> Travel - Air | | | | $15,845.80 |
| ACCOUNT NO. 2244 <br> Wright Express Financial Services Corporation <br> 33548 Treasury Center <br> Chicago, IL  60694-3500 | | | 10/20/2011 <br> Travel - Lodging | | | | $20,151.08 |
| ACCOUNT NO. N08-0240176997 <br> Concentra Medical Centers <br> P.O Box 9008 <br> Broomfield, CO  80021 | | | 8/22/2011 <br> Employee costs | | | | $154.50 |
| | | | | | | Subtotal | $210,767.14 |

Sheet no.  __11__  of  __17__  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  <u>Evergreen Energy Inc.</u>                                          Case No. _____
                    Debtor                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Winter, Chester N<br>1225 17th Street, Suite 1300<br>Denver, CO 80202-5506 | | | 10/7/2011<br>Board and Committee Fees | | | | $23,747.04 |
| ACCOUNT NO.<br><br>Sherman & Howard, L.L.C.<br>633 17th Street, Suite 3000<br>Denver, CO  80202 | | | 8/19/2011<br>Litigation | | | | $68,706.49 |
| ACCOUNT NO.<br><br>Crosby Special Situations Fund Limited<br>Scotia Centre, 4th Floor<br>P.O. Box 2804<br>George Town, Grand Cayman, KY1-1112<br>Cayman Islands | | | 9/27/2011<br>Other professional Fees<br>including costs related to Ilyas Khan as CEO and Chairman | | | | $90,840.70 |
| ACCOUNT NO.<br><br>Wyoming Water Solutions<br>605 E. 7th Street<br>Gillette, WY  82716 | | | 10/12/2011<br>Project Expense-Chemicals | | | | $627.12 |
| ACCOUNT NO.<br><br>Peter Moss<br>1225 17th Street, Suite 1300<br>Denver, CO 80202-5506 | | | 10/7/2011<br>Board and Committee Fees | | | | $20,367.55 |
| ACCOUNT NO. 5557<br>Colorado Custom Fab<br>17281 East 112th Ave<br>Commerce City, CO 80022 | | | 8/9/2011<br>Eng. & Tech. Serv. General | | | | $8,008.76 |
| | | | | | | Subtotal | $212,297.66 |

Sheet no. <u>12</u> of <u>17</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                    Case No. _____
              Debtor                                                                (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 043731-00001<br>Cassels Brock & Blackwell LLP<br>40 King Street West<br>Suite 2100<br>Toronto, ON  M5H 3C2 | | | 7/12/2011<br>Legal Fees - potential listing on TSX | | | | $10,507.97 |
| ACCOUNT NO.<br>The Job Doctor<br>P.O. Box 8<br>Rozet, WY  82727 | | | 9/19/2011<br>Pipe/Vessel/ Insulation | | | | $34,220.88 |
| ACCOUNT NO.<br>Piper Electric Co., Inc.<br>5960 Jay Street<br>Arvada, CO  80003 | | | 9/21/2011<br>Electrical | | | | $27,771.00 |
| ACCOUNT NO.<br>Canteen Denver Vending<br>PO Box 91337<br>Chicago, IL  60693-1337 | | | 7/28/2011<br>Breakroom Supplies | | | | $178.10 |
| ACCOUNT NO. 17425<br>Visionary Communications, Inc<br>PO Box 2799<br>Gillette, WY  82717 | | | 9/19/2011<br>IT/Network | | | | $942.92 |
| ACCOUNT NO.<br>Western Industrial Controls<br>8200 S. Quebec St<br>#A3-277<br>Centennial, CO  80112 | | | 10/17/2011<br>Controls | | | | $2,725.74 |
| ACCOUNT NO.<br>Jesper Johansen<br>1246 Pearl Street<br>Denver, CO  80203 | | | 10/23/2011<br>Eng. & Tech. Serv. General | | | | $2,400.00 |
| | | | | | | Subtotal | $78,746.61 |

Sheet no. __13__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**                                     Case No. _____
                 **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0520<br>BF Sales Engineering, Inc.<br>13301 W. 43rd Dr. #4<br>Golden, CO  80403 | | | 8/31/2011<br>Pump | | | | $1,044.04 |
| ACCOUNT NO. EVERCO<br>Magtech<br>PO Box 202453<br>Dallas, TX  75320-2453 | | | 9/9/2011<br>Pipe/Vessel/<br>Insulation | | | | $669.20 |
| ACCOUNT NO. 046-EVER-MTR<br>Kekst and Company Incorporated<br>437 Madison Ave<br>19th Floor<br>New York, NY  10022 | | | 8/29/2011<br>Investor Relations | X | | | $36,652.50 |
| ACCOUNT NO.<br>Scott Brothers, Inc.<br>1141 Southern Dr.<br>Gillette, WY  82718 | | | 10/18/2011<br>Electrical | | | | $36,299.52 |
| ACCOUNT NO.<br>Brennan Engineering Inc.<br>2901 N US Hwy 14/16<br>Gillette, WY  82716 | | | 9/12/2011<br>Instrumentation | | | | $1,680.01 |
| ACCOUNT NO.<br>Sand Investment Holdings LLC<br>5378 Sterling Dr.<br>Boulder, CO  80301 | | | 10/7/2011<br>Board and Committee Fees for Tom Stoner | | | | $53,150.65 |
| ACCOUNT NO. 00110778<br>Euromoney Trading Limited<br>Nestor House, Playhouse Yard<br>London,   EC4V 5EX | | | 11/1/2011<br>Marketing | | | | $6,000.00 |
| | | | | | | Subtotal | $135,495.92 |

Sheet no. __14__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                          Case No. _____
        **Debtor**                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. C7818<br>True North Steel<br>P.O. Box 1507<br>Gillette, WY 82717 | | | 9/26/2011<br>Pipe/Vessel/ Insulation | | | | $483.87 |
| ACCOUNT NO.<br>Judy Tanselle<br>1225 17th Street, Suite 1300<br>Denver, CO 80202-5506 | | | 12/15/2011<br>Employee Expense Report | | | | $5,369.51 |
| ACCOUNT NO.<br>Dahlman Rose & Co.<br>1301 Avenue of Americas<br>New York, NY 10019 | | | 10/20/2011<br>Special Committee Investment Banker and Financial Advisor | | | | $27,852.09 |
| ACCOUNT NO.<br>James D O'Donovan<br>411 Anvill Way<br>Golden, CO 80401 | | | 9/26/2011<br>Eng. & Tech. Serv. General | | | | $2,560.00 |
| ACCOUNT NO. GW835<br>Norco, Inc.<br>PO Box 15299<br>Boise, ID 83715 | | | 9/29/2011<br>Supplies | | | | $378.83 |
| ACCOUNT NO. 2011-636891<br>CBRE, Inc.<br>C/O Bank of America<br>Lockbox 406588<br>Location Code 2147 6000 Feldwood Road<br>College Park, GA 30349-3652 | | | 12/6/2011<br>Sub-lease commission | | | | $97,248.12 |
| ACCOUNT NO.<br>Climate Solutions, LLC<br>PO Box 2062<br>Gillette, WY 82717 | | | 10/13/2011<br>Maintenance Service | | | | $80.00 |
| | | | | | | Subtotal | $133,972.42 |

Sheet no. _15_ of _17_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                Case No. _____
            Debtor                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. EE07<br>All Copy Products Inc<br>4141 Colorado Blvd<br>Denver, CO 80216-0741 | | | 12/22/2011<br>General office equipment | | | | $792.30 |
| ACCOUNT NO.<br>Stoner, Thomas<br>1225 17th Street, Suite 1300<br>Denver, CO 80202-5506 | | | 12/31/2011<br>Board and Committee Fees and COBRA amount due | | | | $12,562.50 |
| ACCOUNT NO.<br>ACT Teleconferencing Services, Inc.<br>1526 Cole Blvd.<br>Suite 300<br>Lakewood, CO 80401 | | | 11/30/2011<br>Conference Services | | | | $462.64 |
| ACCOUNT NO. 11965<br>Cooley LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA  94111-5800 | | | 12/13/2011<br>Special Committee Legal Advisor | | | | $76,688.80 |
| ACCOUNT NO. 1919<br>Postmaster<br>General Mail Facility<br>P O Box 172124<br>Denver, CO 80217-2124 | | | 12/31/2011<br>USPS Postage | | | | $84.16 |
| ACCOUNT NO. 2785826<br>Powder River Energy Corp<br>P O Box 937<br>Gillette, WY 82717-0937 | | | 1/3/2012<br>Electric | | | | $2,743.72 |
| ACCOUNT NO. 00005906<br>Employers Council Services<br>P O Box 539<br>Denver, CO 80201-0539 | | | 12/30/2011<br>Labor law advisor | | | | $64.63 |
| | | | | | | Subtotal | $93,398.75 |

Sheet no.  16  of  17  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re __Evergreen Energy Inc._____          Case No. _____
           **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (see instructions above) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 269987996-00001<br>Verizon Wireless<br>P O Box 660108<br>Dallas, TX 75266-0108 | | | 12/25/2011<br>Cell Phones | | | | $1,196.16 |
| ACCOUNT NO. E014-0001<br>Rodman & Renshaw, LLC<br>1270 Avenue of the Americas<br>New York, NY 10020 | | | 11/18/2011<br>Over-the-Counter Bulletin Board market maker | | | | $20,000.00 |
| ACCOUNT NO.<br>Giarmarco Mullins & Horton PC.<br>101 W. Big Beaver Rd<br>Troy, MI 48310 | | | 12/28/2011<br>Litigation | | | | $1,844.66 |
| ACCOUNT NO.<br>Profile Imaging, LLC<br>526 Superior Avenue East Suite1500<br>Cleveland, OH 44114 | | | 12/31/2011<br>Other G&A | | | | $928.13 |
| ACCOUNT NO.<br>Provident Construction Inc.<br>12424 E. Weaver PL<br>Centennial, CO 80111 | | | 1/4/2012<br>Leasehold Improvements | | | | $3,177.00 |
| ACCOUNT NO. 17004881<br>Wyoming Dept of Revenue<br>122 W. 25th St. 2W<br>Cheyenne, WY 82002 | | | Use Taxes on Purchases during 2004-2008. | X | X | X | $168,000.00 |
| | | | | | | Subtotal ▶ | $195,145.95 |
| | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data..) | $25,044,896.68 |

Sheet no. __17__ of __17__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc._____ ,          Case No._____
               **Debtor**                                                      **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KFx Marketing, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to KFx Marketing, LLC. |
| KFx Operations, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to KFx Operations, LLC. |
| KFx Operations, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- KFx Operations, LLC provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy Inc. |
| KFx Plant, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to KFx Plant, LLC. |
| KFx Technology, LLC<br>1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to KFx Technology, LLC. |
| Bimco, Inc.<br>1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Bimco, Inc. provides intercompany general mgmt., admin., legal, accounting, payables process and other requested services to Evergreen Energy Inc. |

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.** _____          Case No. _____
         **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 2007 Notes Settlement participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 531,250 shares of Evergreen Energy Inc. common stock. |
| 2009 October financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 160,751 shares of Evergreen Energy Inc. common stock; agreement contains cash repurchase commitments in certain circumstances. |
| 2010 January financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 1,218,209 shares of Evergreen Energy Inc. common stock; agreement contains cash repurchase commitments in certain circumstances. |
| 2010 March financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 1,041,668 shares of Evergreen Energy Inc. common stock; agreement contains cash repurchase commitments in certain circumstances. |
| 2011 February financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 12,000,003 shares of Evergreen Energy Inc. common stock. |
| 2011 May financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 200,000 shares of Evergreen Energy Inc. common stock. |
| 2011 November financing participants 1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 760,870 shares of Evergreen Energy Inc. common stock; agreement contains cash repurchase commitments in certain circumstances. |
| 21st Century Environmental Management Inc., of Nevada 2045 W. Union Ave., Bldg. G, Englewood, CO 80110 | Confidentiality Agreement |
| 3 Axis Design, Inc. 5907 Bridle Path Lane, PO Box 3157, Parker, CO 80134 | Confidentiality Agreement |
| 5 Star Testing, Inc. 15801 NE 182nd Ave., Brush Prairie, WA 98606 | Confidentiality Agreement |
| A&B Mylec Pty Ltd 111 Bolsover St., Rockhampton, Queensland, Australia | Confidentiality Agreement |
| Accenture LLP 200 Public Square, Ste 1900, Cleveland, OH 44114 | Confidentiality Agreement |
| ACT Teleconferencing Services, Inc. 1526 Cole Blvd., Ste 300, Lakewood, CO 80401 | Professional Services Agreement -- Teleconference services |
| ADA-ES, Inc. 8100 S. Park Way, Littleton, CO | Confidentiality Agreement |
| Adamo Demolition Co. 320 E. Seven Mile Rd., Detroit, MI 48203 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re  <u>Evergreen Energy Inc.</u>                                    Case No. _____
                    **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| ADP<br>One ADP Blvd., Roseland, NJ 07068 | Auto Pay Sales Order -- Payroll services |
| Advanced Coal Technology, Inc.<br>3734 Soaring Eagle Ct., Castle Rock, CO 80109 | Confidentiality Agreement |
| Advisor(s) for 2009 Notes financing<br>1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 29,167 shares of Evergreen Energy Inc. common stock. |
| Advisor(s) for 2009 October financing<br>1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 57,871 shares of Evergreen Energy Inc. common stock. |
| Advisor(s) for 2010 January financing<br>1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 14,6184 shares of Evergreen Energy Inc. common stock. |
| Advisory(s) for 2010 March financing<br>1225 17th St., Ste 1300, Denver, CO 80202 | Warrant Agreement -- warrants issued to purchase 125,000 shares of Evergreen Energy Inc. common stock. |
| Air Control Science<br>5660 Greenwood Plaza, Ste 445, Greenwood Village, CO 80111 | Confidentiality Agreement |
| AKRF, Inc.<br>100 Centre Blvd.,  Ste 102H/J, Marlton, NJ 08053 | Confidentiality Agreement |
| Albeado Inc.<br>18640 Casa Blanca Lane, Saratoga, CA 95070 | Confidentiality Agreement |
| Alfa Loval Inc.<br>5400 International Trade Dr., Richmond, VA 23231 | Confidentiality Agreement |
| All Copy Products<br>4141 Colorado Blvd., Denver, CO 80216 | Maintenance Program -- Maintenance and service for copiers/printers. |
| All Language Alliance, Inc.<br>10090 Eagle Valley, Highlands Ranch, CO 80129 | Confidentiality Agreement |
| Alpha Natural Resources, LLC<br>999 Corporate Blvd., Linthicum Heights, MA 21090 | Confidentiality Agreement |
| Alpha Natural Resources, LLC<br>999 Corporate Blvd., Ste 300, Linthicum Heights, MD 21090 | Coal Sample Test Agreement -- Evergreen Energy Inc. to provide coal upgrading and testing. |
| Alstrom Power Centrales - PCS Division<br>9, rue Ampere - 91301 Massy, France | Confidentiality Agreement |
| Altira Group LLC<br>1675 Broadway, Ste 2400, Denver, CO 80202 | Confidentiality Agreement |
| Anton Collins Mitchell LLP<br>303 E. 17th Ave., Ste 600, Denver, CO 80203 | Engagement Letter --  2010 tax preparation. |

RLF1 5763937v. 1

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**　　　　　　　　　　Case No. _____
　　　　**Debtor**　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| AON Premium Finance, LLC<br>200 E. Randolph Street,<br>Chicago, IL 60601 | Commercial Insurance Premium Finance and Security Agreement -- Financing D & O 2011 - 2012 insurance premium. |
| AquaPure<br>6547 S. Racine Cr., #1000,<br>Englewood, CO 80112 | Rental Service Agreement -- Water and coffee machine service. |
| ARF, Inc. (Rob Frank)<br>540 Rockview Dr., Spring City,<br>TN 37381 | Professional Services Agreement -- Provides general power plant assessments related to implementation of GreenCert. |
| ARF, Inc.<br>540 Rockview Dr., Spring City,<br>TN 37381 | Confidentiality Agreement |
| Argus Media, Inc.<br>3040 Post Oak Blvd., Ste 550,<br>Houston, TX 77056 | Subscription Order Form -- Argus Coal Daily and Argus Coal Daily International Market Reports. |
| Ascendant Financial Partners, LLC<br>SH Consulting, LLC<br>5555 DTC Pkwy, Ste A-4000,<br>Greenwood Village, CO 80111 | Confidentiality Agreement |
| Ascent International<br>PO Box 1695, Boulder, CO 80306 | Confidentiality Agreement |
| Aspen Technology, Inc. (Aspentech)<br>200 Wheeler Rd., Burlington, MA 01803 | Software License Terms and Conditions -- Provides Engineering Software; Aspen HYSYS; Aspen HYSYS Dynamics. |
| Associated Electric Cooperative Inc.<br>PO Box 754, Springfield, MO 65801 | Confidentiality Agreement |
| Automation & Electronics, Inc.<br>111 Bighorn Rd., Casper, WY 82601 | Confidentiality Agreement |
| Axford Consulting, L.P.<br>1108 Nicholson St., Houston, TX | Confidentiality Agreement |
| B&D Services Inc.<br>41 Lakeview, Pinehaven, WY 82721 | Confidentiality Agreement |
| Baiyinhua Coal Power Company Ltd<br>Baiyinhua, Xiwu Town,<br>Xilinguole County, Inner Mongolia, China | Confidentiality Agreement |
| Bechtel Power Corporation<br>5275 Westview Dr., Frederick, MD 21703 | Program Management Agreement -- Bechtel will oversee technical development and implementation of all new K-Fuel and K-Direct facilities, also provide engineering, procurement and construction services; provides technical services, construction management and project management, business development support, scope book design and technical services; provides personnel. |
| Bechtel Power Corporation<br>5275 Westview Dr., Frederick, MD 21703 | Confidentiality Agreement |

RLF1 5763937v. 1

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**                                              Case No. _____
         **Debtor**                                                                           **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Beijing Gang Jing Hong Ren Technology Co., Ltd Room 704, Building 1, No. 5 Feng Ti North Road, Fengtai District, Beijing, PRC<br><br>Evergreen-China Energy Technology Co., Ltd. Room 703, Building 1, No. 5 Feng Ti North Road, Fengtai District, Beijing, PRC | Equity Joint Venture Contract -- Beijing Gang Jing Hong Ren Technology Co., Ltd. is the partner with Evergreen Energy Inc. in China joint venture - Evergreen-China Energy Technology Co., Ltd.; relationship includes the grant to the JV by Evergreen Energy Inc. of technology and patent licenses; equity joint venture documents and articles of association. |
| Beijing Gang Jing Hong Ren Technology Company, LTD, The 1074 Yosemite, No. 8 Yuyang Rd., Haushayu Shunyi, Beijing, PC 101300 | Confidentiality Agreement |
| Beluga Coal Company 136 East South Temple, Ste 1300, SLC, UT 84111 | Confidentiality Agreement |
| Belyea Power Inc. 2200 Northwood Ave., Easton, PA 18045 | Confidentiality Agreement |
| Berthold Technologies USA, LLC 99 Midway Lane, Oak Ridge, TN 37830 | Confidentiality Agreement |
| Bessemer Trust Company, N.A. 630 Fifth Ave., New York, NY 10111 | Confidentiality Agreement |
| Bimco, Inc. 1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy provides intercompany general management, administration, legal, accounting, payables process and other requested services to Bimco, Inc. |
| Black Hills Business Development Center 525 University Loop, Rapid City, SD 57701 | Client Lease Agreement -- Lease of laboratory space at 525 University Loop, Rapid City, SD, at the South Dakota School of Mines and Technology Campus; terminated by Evergreen Energy Inc. effective April 30, 2011. |
| Blackhawk Crane & Rigging Inc. 1844 Schoonover Rd., Gillette, WY 82716 | Confidentiality Agreement |
| BLG Cargo Logistics GmbH & Co. KG Neustädter Hafen / Terminal 21, Senator Borttscheller-Straße, 28197 Bremen, Germany | Lease (Storage) -- Evergreen Energy Inc. leases space in Germany for storage of parts to a fabricated metal boiler; equipment may be melted and sold my Jan. 31, 2012 in satisfaction of liability. |
| Booz Allen Hamilton, Inc. 901 Main St., Ste 6500, Dallas, TX 75202 | Confidentiality Agreement |
| Borden, Michael 3242 Savannah Hills Dr., Matthews, NC 28105 | Confidentiality Agreement |
| Botica, Luke 14230 S. 87th Ave., Orlando Park, IL 60462 | Confidentiality Agreement |
| Brannock Group, LLC 700 13th St., 4th Fl., Washington, DC 20005 | Confidentiality Agreement |
| Brannock Group, LLC 700 13th Street NW, Suite 400, Washington DC 20005 | Advisory Agreement -- Evergreen Energy Inc. to provide contingency compensation for facilitating an agreement with Shenhau Group Corporation Limited (nka Datang International Power Generation Company). |

B 6G (Official Form 6G) (12/07)

In re __Evergreen Energy Inc._____        Case No. _____
           __Debtor__                                                      (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Brannock Group, LLC<br>700 13th Street NW, Suite 400,<br>Washington DC 20005 | Warrant Agreement -- warrants issued to purchase 208,334 shares of<br>Evergreen Energy Inc. common stock. |
| Breen Energy Solutions<br>104 Broadway St., Carnegie, PA<br>15106 | Confidentiality Agreement |
| BridgeView IT, Inc.<br>1615 California St., Ste 210,<br>Denver, CO 80202 | Confidentiality Agreement |
| BSB Solutions LLC<br>110 Overland Trail, Gillette, WY<br>82716 | Confidentiality Agreement |
| BSE<br>3602 S. Douglas Hwy, Gillette,<br>WY 82718 | Confidentiality Agreement |
| Buck, Gregory<br>501 E. St. Joseph St., Rapid<br>City, SD 57702 | Confidentiality Agreement |
| Bureau Veritas North America,<br>Inc.<br>11860 W. State Rd 84, Ste 1,<br>Fort Lauderdale, FL 33325 | Confidentiality Agreement |
| Business Wire, Inc.<br>1725 Blake St., Ste | Letter; Exclusivity Agreement Terms and Conditions -- Exclusive provider of<br>news dissemination. |
| Caldera Engineering, L.C.<br>695 South 320 West, Provo, UT<br>84601 | Confidentiality Agreement |
| Calderon Energy Company of<br>Bowling Green, Inc.<br>Calderon Syngas Company<br>500 Lehman Ave., PO Box 126,<br>Bowling Green, OH 43402 | Confidentiality Agreement |
| California Climate and<br>Agriculture Network<br>PO Box 1366, Sebastopol, CA<br>95473 | Confidentiality Agreement |
| Camco International<br>Channel House, Green St., St.<br>Helier, Jersey JE2 4UH | Confidentiality Agreement |
| Camp Dresser & McKee, Inc.<br>555 17th St., Ste 1100, Denver,<br>CO 80202 | Confidentiality Agreement |
| Camper, Dean - DEC<br>Engineering, LLC<br>2300 S. Rock Creek Prkwy 28-<br>102, Superior, CO 80027 | Confidentiality Agreement |
| Capehart, William<br>Institute of Atmospheric<br>Sciences, SD School of Mines<br>501 E. St. Joseph St., Rapid<br>City, SD 57702 | Confidentiality Agreement |
| Carbonite Corporation<br>PO Box 1274, Banner Elk, NC<br>28604 | Confidentiality Agreement |
| Cardona, Steve<br>2612 Calle Onice, San<br>Clemente, CA 92673 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**                                          Case No. _____
           **Debtor**                                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Carolina BioFuels, LLC<br>1116 Tanner Road, Taylors, SC 29687 | Confidentiality Agreement |
| Cassels Brock & Blackwell LLP<br>2100 Scotia Plaza, 40 King Street West, Toronto, ON Canada M5H 3C2 | Engagement Letter -- Legal representation services for potential listing on Toronto Stock Exchange and Canadian financings. |
| CB Richard Ellis, Inc.<br>1225 17th St., Ste 2950 Denver, CO 80202 | Exclusive Right to Sublease Listing Contract -- CBRE to sublet  space on floors 13 and 14 of Evergreen Energy Inc.'s corporate offices; find new office space for Evergreen Energy Inc. upon sublet of all space. |
| Centurion Credit Funding LLC<br>152 W. 57th St., 4th Floor, New York, NY 10019 | Convertible Promissory Note -- Centurion lends to Evergreen Energy Inc. $1,395,000 pursuant to Note Purchase Agreement. |
| Centurion Credit Funding LLC<br>Level 3 Capital Fund LP<br>152 W. 57th St., 4th Floor, New York, NY 10019 | Note Purchase Agreement -- Evergreen Energy Inc. issues to Centurion and Level 3 promissory notes and warrants. |
| Certain employees and directors<br>1225 17th St., Ste 1300, Denver, CO 80202 | Option Grant Agreements - grant to employees and directors of options to purchase Evergreen Energy Inc. common stock; all  grants remaining are for 1,047,172 vested but unexercised options, exercisable for six months after termination. |
| CH2M Hill Engineers, Inc.<br>6399 S. Fiddlers Green Cr., Greenwood Village, CO 80111 | Confidentiality Agreement |
| CH2M Hill<br>9189 S. Jamaica St., Englewood, CO 80112 | Standard Agreement for Professional Services -- CH2M Hill provides engineering services to Evergreen Energy Inc. |
| Champion Charter<br>14871 Hwy 387, Wright, WY 82732 | Confidentiality Agreement |
| Chavez-Garcia, Jacqueline A.<br>664 Meramec View Dr., Eureka, MO | Confidentiality Agreement |
| China Power Investment Corporation<br>PO Box 2201, Beijing, China | Confidentiality Agreement |
| Choctaw Coal & Energy LLC<br>217 Hoy Rd., Ste. A, Madison, MS 39110 | Confidentiality Agreement |
| CIC Mining Resources Ltd<br>602-603 and 701-702, China Resources Bldg., No 8 Jianguomenbei Ave., Beijing, 100005 PRC | Confidentiality Agreement |
| Clarus Securities Inc.<br>Exchange Tower 130, King Street West, Ste 3640, Toronto, ON M5X 1A9 Canada | Confidentiality Agreement |
| Claudes Welding Service Inc.<br>3802 D Lane, Gillette, WY 82716 | Confidentiality Agreement |
| ClimateCHECK<br>11 Pineland Ave., Ottawa, ON K2G 0E5 Canada | Confidentiality Agreement |
| C-Lock Technology, Inc.<br>1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- C-Lock Technology, Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy, Inc. |
| C-Lock Technology, Inc.<br>1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy, Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to C-Lock Technology, Inc. |

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**                                  Case No. _____

            **Debtor**                                                         (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Coaltrade, LLC<br>701 Market St., St. Louis, MO 36101 | Confidentiality Agreement |
| CODECANDO, INC.<br>5293 S. Haleyville St., Aurora, CO 80016 | Professional Services Agreement -- CODECANDO provides staffing to Evergreen Energy Inc. for software development services; holding a MAC laptop as collateral for unpaid balances. |
| CODECANDO, INC.<br>5293 S. Haleyville St., Aurora, CO 80016 | Confidentiality Agreement |
| Coffey Coal Combustion Consultants LLC<br>6505 Westland Dr., Knoxville, TN 37919 | Professional Services Agreement -- Coffey performs consulting services focused on coal fired power plant optimization |
| Coffey Coal Consultants<br>6505 Westland Dr., Knoxville, TN 37919 | Confidentiality Agreement |
| CoGas, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to CoGas |
| Collins Communications, Inc.<br>3795 Collins Rd., Gillette, WY 82718 | Confidentiality Agreement |
| Colorado Springs Utilities, City of<br>215 Nichols Blvd., PO Box 1103, MC 1328, Colorado Springs, CO 80947 | Confidentiality Agreement |
| Colwell, Jerry<br>2860 Antelope Ct., Lafayette, CO 80026 | Confidentiality Agreement |
| Conectiv Energy<br>500 N. Wakefield Dr., Newark, DE 19702 | Confidentiality Agreement |
| Consolidated Engineers & Material Testing, Inc.<br>1945 Schoonover St., Gillette, WY 82717 | Confidentiality Agreement |
| Consumers Energy Company<br>One Energy Plaza, Jackson, MI 49201 | Confidentiality Agreement |
| Cook Inlet Coal LLC<br>700 - 13th St., NW, Ste 325, Washington, DC 20005<br><br>KFx Technology, LLC<br>1225 17th St., Ste 1300, Denver, CO 80202 | Amended K-Fuel Technology License Agreement -- Grant to Cook Inlet Coal of a license in connection with project(s) in the State of Alaska and an option for a grant of a license in connection with project(s) in the lower 48 contiguous United States, Canada, Indonesia and Chile. |
| Cook Inlet Coal LLC<br>Kanturk Alaska, LLC<br>700 - 13th St., NW, Ste 325, Washington, DC 20005<br><br>KFx Technology, LLC<br>1225 17th St., Ste 1300, Denver, CO 80202 | Transfer and Assignment -- Cook inlet assigns its rights of K-Fuel technology to Kanturk Alaska, LLC. |
| Cooley LLP<br>380 Interlocken Crescent, Ste 900, Broomfield, CO 80021 | Engagement Letter -- Legal Advisor for Special Committee to the Evergreen Energy Inc. Board in its evaluation of offer to buy K-Fuel assets. |

RLF1 5763937v. 1

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                    Case No. _____
_____
         Debtor                                                         (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Coolidge, Dennis<br>5 Indian Creek Dr., Rudolph, OH 43462 | Confidentiality Agreement |
| Cooper Power Systems, LLC<br>2300 Badger Dr., Waukesha, WI 53188 | Confidentiality Agreement |
| Corporation Service Company (CSC)<br>2711 Centerville Rd., Wilmington, DE 19808 | Proposal For Representation and Other Services -- CSC is Evergreen Energy Inc.'s agent of service for the parent company and all subsidiaries. |
| Covanta Holding Corporation<br>40 Lane Rd., Fairfield, NJ 07004 | Confidentiality Agreement |
| Cowing, Tyler<br>5021 Albert Ln., Rapid City, SD 57703 | Confidentiality Agreement |
| Cranshire Capital LP<br>3100 Dundee, Ste 703, Northbrook, IL 60062 | Securities Purchase Agreement -- Sale of Evergreen Energy Inc. preferred stock and issuance of warrants to Cranshire. |
| Crater Dog Technologies, LLC<br>597 W. Pine St., Louisville, CO 80027 | Confidentiality Agreement |
| Credit Suisse Securities (USA) LLC, for itself and on behalf of purchasers:<br>Capital One Southcoast, Inc.<br>Natexis Bleichroeder Inc.<br>Johnson Rice & Company LLC<br>11 Madison Avenue, New York, NY 10010<br><br>Evergreen Operations, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202<br><br>KFx Plant LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202<br><br>KFx Operations, LLC<br>1225 17th Street, Ste 1300, Denver, CO 80202<br><br>Bimco, Inc.<br>1225 17th Street, Ste 1300, Denver, CO 80202<br><br>Landrica Development Company<br>1225 17th Street, Ste 1300, Denver, CO 80202 | Purchase Agreement -- Sale of 8.00% Convertible Secured Notes due August 1, 2012, CUSIP 30024BAA2, issued under an indenture dated as of July 30, 2007. |
| Crosby (Hong Kong) Limited - advisor for 2011 February financing<br>2401 Winsome House, 73 Wyndham St., Central, Hong Kong | Warrant Agreement -- warrants issued to purchase 283,654 shares of Evergreen Energy Inc. common stock. |
| Crosby (Hong Kong) Limited<br>2401 Winsome House, 73 Wyndham St., Central, Hong Kong | Professional Services Agreement -- Crosby provides to Evergreen Energy Inc. financial and strategic alternatives advisory services. |

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                        Case No. _____
                Debtor                                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Crown Technology, Inc.<br>7513 E. 96th St., Indianapolis, IN 46256 | Confidentiality Agreement |
| Cumberland Resources Corporation<br>153 W. Main St., Abingdon, VA 24210 | Confidentiality Agreement |
| Custom Fiberglass Inc.<br>6750 W. Zero Rd., Casper, WY 82604 | Confidentiality Agreement |
| Custom Instrumentation Services Corp.<br>7325 S. Revere Pkwy, Centennial, CO 80112 | Confidentiality Agreement |
| Dahlman Rose & Co.<br>1301 Avenue of the Americas, 44th Floor, New York, NY 10019 | Engagement Letter -- Lead financial Advisor for Special Committee to the Evergreen Energy Inc. Board in its evaluation of offer to buy K-Fuel assets. |
| Dencor, Inc.<br>1450 W. Evans, Denver, CO 80223 | Confidentiality Agreement |
| Denovo Consulting, LLC<br>357 S. McCaslin Blvd., Louisville, CO 80027 | Confidentiality Agreement |
| DHB Holdings, Inc.<br>Hy-Energy Systems, LLC<br>12955 Courthouse Blvd., Rosemount, MN 55068 | Confidentiality Agreement |
| Distrubuted Energy Systems Corp.<br>10 Technology Dr., Wallingford, CT 06492 | Confidentiality Agreement |
| Driessen, Gary<br>1600 Mapleton Ave., #104, Bismark, ND 58503 | Confidentiality Agreement |
| DTE Coal Services, Inc.<br>425 S. Main St., Ste 201, Ann Arbor, MI 48104 | Confidentiality Agreement |
| Dust Control Inc.<br>2107A N. Highway 14-16, Gillette, WY 82716 | Confidentiality Agreement |
| Eagle Excavation, Inc.<br>116 N. Little Horn, Ste. C, Moorcroft, WY 82721 | Confidentiality Agreement |
| Earth Work Solutions<br>2506 Little Powder River Rd., Gillette, WY 82716 | Confidentiality Agreement |
| Econergy International Corporation<br>1881 9th St., Ste 300, Boulder, CO 80302 | Confidentiality Agreement |
| Eco-Tech Solutions, LLC<br>1200 Smith St., Ste 1600, Houston, TX 77002 | Confidentiality Agreement |
| EDM Consulting, LLC dba Enviroplan Consulting<br>81 Two Bridges Rd., Fairfield, NJ 07004 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                  Case No. _____
          **Debtor**                                                          **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Effective Compensation Incorporated 3609 S. Wadsworth Blvd., Ste 260, Lakewood, CO 80235 | Confidentiality Agreement |
| Effective UI 2162 Market St., Denver, CO 80205 | Confidentiality Agreement |
| Elcan & Associates Inc. 3601 Spring Hill Business Park, Ste 201, Mobile, AL 36608 | Confidentiality Agreement |
| Elevation Communications, Inc. dba O2 Group, Inc. 600 12th St., Ste 175, Golden, CO 80401 | Confidentiality Agreement |
| Eltron Research & Development Inc. 4600 Nautilus Court South, Boulder, CO 80301 | Confidentiality Agreement |
| Eltron Research and Development Inc. 4600 Nautilus Court South, Boulder, CO 80301 | Professional Services Agreement -- Eltron provides engineering design and process modeling services, possibly pilot plant and bench scale testing of equipment and materials. |
| EN4CO, LLC PO Box 1328, Gillette, WY 82717 | Confidentiality Agreement |
| Encanto Communications LLC Goodwin St., Butte, MT 59701-4124 | Confidentiality Agreement |
| Energy Improvement Solutions S. de R.L. de C.V./Enermex Bosque de Alisos 15 - 101, Colonia Bosques de las Lomas, Cuajimalpa, Mexico D.F., C.P., 05120 | Confidentiality Agreement |
| Energy Transportation Inc. 6301 Zero Rd., Casper, WY 82604 | Confidentiality Agreement |
| Enginomix LLC PO Box 850, Menlo Park, CA 94026 | Confidentiality Agreement |
| Enhanced Agricultural and Renewable Technology Holdings (E.A.R.T.H.) Corporation Merrimac Associates, Inc. 190 N. Evergreen Ave., Ste 100, Woodbury, NJ 08096 | Confidentiality Agreement |
| Enterprise Information Management, Inc. 1655 Fort Myer Dr., Ste 500, Arlington, VA 22209 | Confidentiality Agreement |
| Enviroclean Technology & Engineering Pte Ltd. 30 Wilby Rd., #04-47, Singapore 276310 | Confidentiality Agreement |
| Environ International Corp. 4350 North Fairfax Dr., Ste 300, Arlington, VA 22203 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**                                      Case No. _____
         Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| | |
|---|---|
| Environmental Resources Trust 1612 K St., N.W., Ste 1400, Washington, DC 20006 | Confidentiality Agreement |
| Environmental Solutions, Inc. 106 3rd Ave., Cheyenne, WY 82001 | Confidentiality Agreement |
| Evergreen Energy Asia Corp. 1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Asia Corp. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy Inc. |
| Evergreen Energy Asia Corp. 1225 17th Street, Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy Asia Corp. |
| Evergreen Energy Asia Pacific Corp. 1225 17th St., Ste 1300, Denver, CO 80202 | Master License -- Evergreen Energy Inc. grants the exclusive right to grant licenses for K-Fuel projects in 15 Pacific Rim countries, including Australia, but excluding greater China. |
| Evergreen Energy Asia Pacific Corp. 1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy Asia Pacific Corp. |
| Evergreen Energy International, LLC 1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Energy International, LLC. |
| Evergreen Operations, LLC 1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Evergreen Operations, LLC. |
| Evergreen-China Energy Technology Co., Ltd. Room 703, Building 1, No. 5 Feng Ti North Road, Fengtai District, Beijing, PRC | Confidentiality Agreement |
| Everlasting Valve Company, Inc. 108 Somogyi Court, South Plainfield, NJ 07080 | Confidentiality Agreement |
| Exley Fencing, Inc. 1705 Monte Vista, Gillette, WY 82716 | Confidentiality Agreement |
| Farwell, Dr. Sherry O. Farwell, Judy Ann 7103 Peaceful Pines Rd., Black Hawk, SD 57718 | Confidentiality Agreement |
| Fett Marketing, LLC 1400 16th St., Ste 400, Denver, CO 80202 | Confidentiality Agreement |
| First Environment, Inc. 91 Fulton St., Boonton, NJ 07005 | Confidentiality Agreement |
| Foothills Coal LLC 319 S. Gillette Ave., Ste 300, Gillette, WY 82716 | Confidentiality Agreement |
| Forerunner Corporation 3900 S. Wadsworth Blvd., Ste. 600, Lakewood, CO 80235 | Confidentiality Agreement |
| Fossil Consulting Services, Inc. 6325 Woodside Court, Columbia, MD | Confidentiality Agreement |
| Frederick, James 8 Fawn Ct., Gillette, WY 82718 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                                    Case No. _____
              **Debtor**                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Froyland, Sasha<br>88 King St., #324, San<br>Francisco, CA 94107 | Confidentiality Agreement |
| Fuelade, Inc.<br>550 N. Fifth St.,  PO Box 899,<br>Rapid City, SD | Confidentiality Agreement |
| G. C. Andersen Partners, LLC<br>430 Park Ave., Ste. 701, New<br>York, NY 10022 | Confidentiality Agreement |
| Garretson & Associates<br>PO Box 1281, Conifer, CO<br>80433 | Confidentiality Agreement |
| GBSM Inc.<br>600 17th St., Ste 2020, Denver,<br>CO 80202 | Confidentiality Agreement |
| GeeksForLess<br>The Ridge Plantation, Christ<br>Church, Barbados | Confidentiality Agreement |
| Giarmarco, Mullins & Horton,<br>P.C.<br>10th Fl., Columbia Ctr, 101 W.<br>Big Beaver Rd., Troy, MI 48084 | Engagement Letter -- Law firm assisting with lawsuit involving Evergreen Energy<br>Inc. subsidiary Bimco, Inc. |
| Go Daddy.com<br>14455 N. Hayden Rd., Ste 219,<br>Scottsdale, AZ 85260 | Terms & Conditions -- Domain name registration. |
| Gorilla Logic, Inc.<br>11800 Ridge Pkwy., Ste 100,<br>Broomfield, CO 80021 | Confidentiality Agreement |
| Green Bridge Holdings, Inc.<br>2278 Monitor Street, Dallas, TX<br>75207-6204 | Test Facility Lease Agreement -- Evergreen Energy Inc. leases laboratory space<br>at Ft. Union facility near Gillette, WY. |
| Greenwood, Laurie<br>1225 17th St., Ste 1300, Denver,<br>CO 80202 | Severance Terms -- Evergreen Energy Inc. to provide severance and health<br>benefits for 90 days from resignation (Sept. 30, 2011). |
| Greenworks Video, Inc.<br>1250 17th St., Ste 101, Denver,<br>CO 80202 | Confidentiality Agreement |
| Grote, Rainer<br>2445 Panorama Ave., Boulder,<br>CO 80304 | Confidentiality Agreement |
| Gulezian, Liza<br>1225 17th St., Ste 1300, Denver,<br>CO 80202 | Confidentiality Agreement |
| Guohua Electric Power Branch<br>Company of China Shenhua<br>Energy Co. Ltd.<br>NO. 3 Liyuanli, Chaoyang<br>District, Beijing, 100025, PRC | Confidentiality Agreement |
| GW Industrial Services LLC<br>200 Sunlight Dr., Gillette, WY<br>82716 | Confidentiality Agreement |
| Harding, Stan<br>1019 E. Englewood Dr., North<br>Salt Lake, UT | Confidentiality Agreement |
| Harness, Dickey & Pierce<br>5445 Corporate Dr, Suite 200,<br>Troy, MI 48098 | Engagement Agreement -- Provides to Evergreen Energy Inc. intellectual<br>property legal services related to K-Fuel. |

B 6G (Official Form 6G) (12/07)

In re  Evergreen Energy Inc.                                    Case No. _____
            **Debtor**                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Hazen Research, Inc.<br>4601 Indiana St., Golden, CO 80403 | Confidentiality Agreement |
| Headwaters BD, LLC<br>One Tabor Center, 1200 17th St., Ste 900, Denver, CO 80202 | Confidentiality Agreement |
| Hein & Associates LLP<br>717 17th St., 16th Fl., Denver, CO 80202 | Engagement Letter -- Provides to Evergreen Energy Inc. independent auditing services through 12/31/11 financials. |
| Heller, John Roderick III<br>2308 Wyoming Ave., Washington, DC 20008 | Confidentiality Agreement |
| Hendricks, Michael<br>8614 Gold Peak Dr., E, Highlands Ranch, CO 80130 | Confidentiality Agreement |
| Hettenger Welding , LLC<br>1200 E. Lincoln St., Gillette, CO 82716 | Confidentiality Agreement |
| Hill & Associates<br>222 Severn Ave., Annapolis MD 21403 | Confidentiality Agreement |
| Holme Roberts & Owen LLP<br>1700 Lincoln St., Ste 4100, Denver, CO 80203 | Engagement Letter -- Provides to Evergreen Energy Inc. intellectual property legal services related to GreenCert. |
| Homer, Kathleen<br>3660 S. Hillcrest Dr., Denver, CO 80237 | Confidentiality Agreement |
| Hongkong Electric Company, Limited, The<br>Hongkong Electric Centre, 44 Kennedy Rd., Hong Kong | Confidentiality Agreement |
| Houlihan Lokey Howard & Zukin Capital, Inc.<br>245 Park Av., 19th Fl., New York, NY 10167 | Letter Agreement -- Valuation services for certain of Evergreen Energy Inc.'s financings and rights plan. |
| Houlihan Lokey Howard & Zukin Capital, Inc.<br>245 Park Av., 19th Fl., New York, NY 10167 | Warrant Agreement -- warrants issued to purchase 10,938 shares of Evergreen Energy Inc. common stock. |
| Howard Frazier Barker Elliott, Inc.<br>815 Walker, Ste 1140, Houston, TX 77002 | Confidentiality Agreement |
| Hub Properties Trust<br>1225 17th St., Ste 2450, Denver, CO 80202 | Net Lease Agreement (as amended) -- Lease of Evergreen Energy Inc.'s corporate office space at 1225 17th Street, Floors 13 and 14, Denver, Colorado; prior landlord was Seventeenth Street Plaza Realty Holding Company. |
| Hudson Bay Master Fund, Ltd.<br>777 Third Ave., 30th Fl., New York, NY 10017 | Senior Convertible Note -- Hudson Bay lends to Evergreen Energy Inc. $400,000. |
| Hudson Bay Master Fund, Ltd.<br>777 Third Ave., 30th Fl., New York, NY 10017<br><br>Iroquois Master Fund Ltd.<br>641 Lexington Ave., 26th Fl., New York, NY 10022 | Securities Purchase Agreement -- Evergreen Energy Inc. issues to Hudson Bay and Iroquois promissory notes and warrants. |

B 6G (Official Form 6G) (12/07)

In re  **Evergreen Energy Inc.**_____                    Case No. _____
            **Debtor**                                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Hudson Valley Environmental, Inc.<br>PO Box 406, 396 Whitehead Ave., South River, NJ 08882 | Confidentiality Agreement |
| Hyperspring, LLC<br>402 Celtic Dr., Bldg. 3, Ste. 104, Madison, AL 35758 | Confidentiality Agreement |
| Indigenous Energy, LLC<br>115 N. Oak Park Ave., Suite 203, Oak Park, IL 60304 | Confidentiality Agreement |
| Industrial Company Wyoming, Inc.<br>1474 Willer Dr., Casper, WY 82604 | Confidentiality Agreement |
| InfrastructureWorld, LLC<br>400 Oyster Point Blvd., Ste 540, S. San Francisco, CA 94080 | Confidentiality Agreement |
| Innovation Advisors<br>One Penn Plaza, 36th Fl., New York, NY 10119 | Confidentiality Agreement |
| Innovative Laboratory Systems Inc.<br>5821 Tower St., Ste. A, Rockford, MN 55373 | Confidentiality Agreement |
| Innovest Strategic Value Advisors<br>675 Third Ave., Ste 400, New York, NY 10017 | Confidentiality Agreement |
| Intercedent Limited<br>Suite 605-606, Silver Tower, No2 Dong San Huan Bei Rd., Chaoyang District, Beijing 1000027 PRC | Confidentiality Agreement |
| Interwest Transfer Co., Inc.<br>1981 Murray Holladay Rd., Ste, 100, Salt Lake City, UT  84117 | Agreement -- Evergreen Energy Inc.'s common stock transfer agent; and rights agent under Evergreen Energy Inc.'s Rights Agreement, as amended. |
| Iron Mountain Information Management Inc.<br>PO Box 915004, Dallas, TX 75391 | Mixed Media Storage and Service Agreement -- Iron Mountain provides mixed media storage and services. |
| Iroquois Master Fund Ltd.<br>641 Lexington Ave., 26th Fl., New York, NY 10022 | Senior Convertible Note -- Iroquois lends to Evergreen Energy Inc. $300,000. |
| Jamison, David Michael<br>124 Reservoir Lane, Cadiz, OH 43907 | Confidentiality Agreement |
| Jenike & Johanson Incorporated<br>400 Business Park Dr., Tyngsborough, MA 01879 | Confidentiality Agreement |
| Job Doctor, The<br>1334 Adon Rd., Rozet, WY 82727 | Contractor Services Agreement -- Provides staffing to Evergreen Energy Inc. for a mechanical contractor. |
| Job Doctor, The<br>1334 Adon Rd., Rozet, WY 82727 | Confidentiality Agreement |
| Johansen, Jesper<br>1246 Pearl St., Denver, CO 80203 | Professional Services Agreement -- Provides to Evergreen Energy Inc. primarily Southern Coal Holdings economic modeling. |

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                                    Case No. _____
       Debtor                                                          (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Kalimantan Gold Corporation Ltd<br>Unit 1, 15782 Marine Drive,<br>White Rock, BC V4B 1E6<br>Canada | Confidentiality Agreement |
| Karifico, Co.<br>6183 S. Willowbrook Dr.,<br>Morrison, CO 80465 | Confidentiality Agreement |
| Katok Corporation<br>2-8-18, Kyobashi, Chuo-ku,<br>Tokyo, Japan | Confidentiality Agreement |
| Kawasaki Plant Systems, Ltd.<br>3-1-1, Higashi Kawasaki-cho,<br>Chuo-Ku, Kobe 650-8670 Japan | Confidentiality Agreement |
| Kekst and Company<br>437 Madison Ave., New York,<br>NY 10022 | Letter Agreement -- Provides to Evergreen Energy Inc. corporate communications counsel and services. |
| KFx Technology, LLC<br>1225 17th St., Ste 1300, Denver,<br>CO 80202 | Amended KFx License Agreement -- Evergreen Energy Inc. grants K-Fuel Technology exclusive license to use the K-Fuel technology / limited Series A and B technology. |
| Kintz Group, Inc.<br>EN4CO, LLC<br>PO Box 1328, Gillette, Wyoming<br>82717 | Commission Consideration and Payment Schedule -- Assist Evergreen Energy Inc. in the disposition of assets at Ft. Union facility near Gillette WY; includes commission and payment schedule for sale of Ft. Union Facility to Synthetic Fuels. |
| Kissack Water & Oil Service, Inc.<br>231 S. Heptner Rd., Rozet, WY<br>82727 | Contractor Services Agreement -- Waste disposal services for Evergreen Energy Inc.'s work at Ft. Union facility. |
| Klaren BV<br>Vinvent van Goghsingel 40, NL-<br>2182 LP Hillegom, Nederlands | Confidentiality Agreement |
| Klemm Analysis Group, Inc.<br>1339 Green Ct., N.W. 4/F,<br>Washington, DC 20005 | Confidentiality Agreement |
| Klocek, David<br>2704 South Cole Ct., Lakewood,<br>CO 80228 | Confidentiality Agreement |
| Knight Technologies, Inc.<br>201 W. Lakeway Rd., Ste 200,<br>Gillette, WY 82718 | Confidentiality Agreement |
| Korea Southern Power Co., LTD<br>167, Samsung-Dong<br>Gangnamgu, Seoul, 135-791<br>Korea | Confidentiality Agreement |
| KPMG, LLP<br>1660 International Dr., McLean,<br>VA 22102 | Confidentiality Agreement |
| Kribeche, Khalid<br>7190 W. 1st Ave., Lakewood,<br>CO 80226 | Confidentiality Agreement |
| Kurz Technical Services, Inc.<br>540 Rockview Dr., Spring City,<br>TN 37381 | Confidentiality Agreement |
| Lalonde, Karl<br>501 E. St. Joseph St., Rapid<br>City, SD 57702 | Confidentiality Agreement |
| Land Surveying Incorporated<br>209 N. Works Ave., Gillette, WY<br>82716 | Confidentiality Agreement |

B 6G (Official Form 6G) (12/07)

In re **Evergreen Energy Inc.**                                  Case No. _____
          **Debtor**                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| | |
|---|---|
| Landrica Development Company 1225 17th St., Ste 1300, Denver, CO 80202 | Service Contract and Agency Agreement -- Evergreen Energy Inc. provides intercompany general management, administration, legal, accounting, payables process and other requested services to Landrica Development Company. |
| Lazard Capital Markets LLC Lazard Frères & Co. LLC 30 Rockefeller Plaza, New York, NY 10020 | Letter Agreement -- Provides financial services as placement agent/underwriter for certain Evergreen Energy Inc. financings. |
| Level 3 Capital Fund LP 152 W. 57th St., 4th Floor, New York, NY 10019 | Convertible Promissory Note -- Level 3 lends to Evergreen Energy Inc. $155,000 pursuant to Note Purchase Agreement. |
| Lincoln Park Capital, LLC 440 North Wells St., Ste 620, Chicago, IL 60654 | Confidentiality Agreement |
| Line Finders Inc. 801 E. 4th St., #22, Gillette, WY 82716 | Confidentiality Agreement |
| Lippert/Heilshorn & Associates, Inc. 800 Third Ave., 17th Fl., New York, NY 10022 | Confidentiality Agreement |
| Lippert/Heilshorn & Associates, Inc. (LHA) 800 Third Ave, 17th Fl., New York, NY 10022 | Engagement Letter -- Provides to Evergreen Energy Inc. financial communications program and strategic investor relations services. |
| Louvier, John C. 4510 Running W. Dr., #205, Gillette, WY 82718 | Confidentiality Agreement |
| LP Power Consultants Ltd. 567/25 Klungthep Kreetha Rd., Huamark, Bangkapi, Bangkok, 10240 Thailand | Confidentiality Agreement |
| Lurgi (Pty) Limited Sasol-Lurgi Technology Company (Pty) Ltd | Services and Intellectual Property Rights Agreement -- Exclusive agreement to use Lurgi processors for coal beneficiation; agreement is terminated. |

RLF1 5763937v. 1

B 6H (Official Form 6H) (12/07)

In re  Evergreen Energy Inc.                                    ,                    Case No. _____
                          **Debtor**                                                                                        **(if known)**

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Evergreen Operations, LLC - Codebtor on 2007 Notes<br>1225 17th Street, Ste 1300<br>Denver, CO 80202 | U.S. Bank National Association, as Trustee<br>EP-MN-WS3C<br>60 Livingston Ave., 3rd Floor, St. Paul, MN 55107 |
| Landrica Development Company - Codebtor 2007 Notes<br>1225 17th Street, Ste 1300<br>Denver, CO 80202 | U.S. Bank National Association, as Trustee<br>EP-MN-WS3C<br>60 Livingston Ave., 3rd Floor, St. Paul, MN 55107 |
| Bimco, Inc. - Codebtor on 2007 Notes<br>1225 17th Street, Ste 1300<br>Denver, CO 80202 | U.S. Bank National Association, as Trustee<br>EP-MN-WS3C<br>60 Livingston Ave., 3rd Floor, St. Paul, MN 55107 |
| KFx Plant, LLC - Codebtor on 2007 Notes<br>1225 17th Street, Ste 1300<br>Denver, CO 80202 | U.S. Bank National Association, as Trustee<br>EP-MN-WS3C<br>60 Livingston Ave., 3rd Floor, St. Paul, MN 55107 |
| KFx Operations, LLC – Codebtor on 2007 Notes<br>1225 17th Street, Ste 1300<br>Denver, CO 80202 | U.S. Bank National Association, as Trustee<br>EP-MN-WS3C<br>60 Livingston Ave., 3rd Floor, St. Paul, MN 55107 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  Evergreen Energy Inc.                    Case No. _____
                    Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____                Signature: _____
                                                                                   Debtor

Date _____                Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and  have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                Social Security No.
of Bankruptcy Petition Preparer                          (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
_____
_____
Address

X _____        _____
Signature of Bankruptcy Petition Preparer                Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the  Exec. V.P. and CFO            [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the  corporation            [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  57  sheets (Total shown on summary page plus 1), and that they are true and correct to the best of my knowledge, information, and belief.

Date  January 23, 2012

                                        Signature: _Diana Kubik (signature)_
                                                    Diana Kubik
                                        [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.