Exhibit A

**Evergreen Energy, Inc. et. al.**
**Chapter 7 Case 12-10829 (KJC)**
**Schedule of Preference Transfers**

**Lazard Capital Markets LLC**
30 Rockfeller Plaza
New York, NY  10020

| Evergreen Energy, Inc. Check Number | Issue Date | Amount | Invoice or Statement Information ||||
|---|---|---|---|---|---|---|
| | | | Invoice Number | Invoice Date | Invoice Amount | Amount Paid |
| Wire | 11/16/11 | $ 48,093.38 | 111111 | 11/11/11 | $ 48,093.38 | $ 48,093.38 |
| | | **$ 48,093.38** | | | | **$ 48,093.38** |