# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| EVERGREEN ENERGY, INC. *et al.*, | Case No. 12-10289 (KJC) <br> *Substantively Consolidated* |
| Debtors. | |

## STATUS REPORT

Charles A. Stanziale, Jr., in his capacity as Chapter 7 Trustee of Evergreen Energy, Inc., et al. (the "Trustee") submits the following status report:

The Trustee has concluded all litigation. The Chapter 7 Trustee has commenced a review of all claims filed against the substantively consolidated debtors and anticipates the filing of certain claim objections. Upon completion of the claims review, the case will be ready to close.

Dated: March 22, 2019
       Wilmington, Delaware

**McCARTER & ENGLISH, LLP**

*/s/ Kate R. Buck*
Kate R. Buck (DE# 5140)
405 N. King Street, 8th Floor
Wilmington, DE 19801
Tel: (302) 984-6300
Fax: (302) 984-6399
kbuck@mccarter.com

-and-

Jeffrey T. Testa
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Tel: (973) 622-4444
Fax: (973) 624-7070

*Counsel to the Chapter 7 Trustee*

ME1 29935063v.1